Reset Form | Print For

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:17-v-01084__, Case Name __EEOC v. Camber Corporation__
Party Represented by Applicant: __EEOC__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) __Jeffrey Alan Stern__
Bar Identification Number __20107__   State __OH__
Firm Name __Equal Employment Opportunity Commission__
Firm Phone # __216-522-2001__   Direct Dial # __216-522-7458__   FAX # __216-522-7430__
E-Mail Address __jeffrey.stern@eeoc.gov__
Office Mailing Address __EEOC Cleveland Field Office, AJC Federal Building #3001, 1240 East 9th Street, Cleveland, OH 44199__

Name(s) of federal court(s) in which I have been admitted __NDOH, SDOH, MDPA, WDMO__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules Evidence is current.

I am __X__ am not ____ a full-time employee of the United States of America, and if so, request exemption from the admission fe

__Jeffrey A. Stern__
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
David Staudt
(Typed or Printed Name)

Sept. 28, 2017
(Date)

47442
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted __✓__

The motion for admission is GRANTED __✓__ or DENIED _____

Anthony J. Trenga
United States District Judge
(Judge's Signature)

10/3/17
(Date)