AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Equal Employment Opportunity Commission<br>*Plaintiff*<br>v.<br>Camber Corporation<br>*Defendant* | )<br>)<br>) Civil Action No. 1:17-cv-01084-AJT-JFA<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jeffrey A. Stern, EEOC Senior Trial Attorney
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __10/11/2017__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 10/13/2017

*Signature of the attorney or unrepresented party*

Camber Corporation
*Printed name of party waiving service of summons*

Theresa M. Connolly
*Printed name*

12500 Fair Lakes Circle, Ste. 300, Fairfax, VA 22033
*Address*

tconnolly@constangy.com
*E-mail address*

(571) 522-6108
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Cleveland Field Office**
**Jeffrey A. Stern, Sr. Trial Attorney**

AJC Federal Building
1240 East Ninth Street, Suite 3001
Cleveland, OH  44199
TTY (216) 522-8441
FAX (216) 522-7430
Writer's Direct Telephone (216) 522-7458
Writer's Email Jeffrey.Stern@eeoc.gov

October 17, 2017



Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314
Attn: Clerk's Office

Re: Waiver of the Service of Summons, *EEOC v. Camber Corporation*, Case No. 17-cv-01084

Greetings,

Enclosed please find the Waiver of the Service of Summons received from Defendant, for your imaging and filing per the *ECF Policies and Procedure Manual* 4.1.

Regards,

*Jeffrey A. Stern*

Jeffrey A. Stern,
EEOC Senior Trial Attorney (*pro hac vice*)

Encl.  Form AO 399
Cc: Robert L. Ortbals, Theresa M. Connolly