IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br><br>vs.<br><br>CAMBER CORPORATION,<br>    Defendant. | CASE NO. 17-cv-01084-AJT-JFA |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO PERMIT LOCAL COUNSEL TO ATTEND HEARING BY TELEPHONE**

For good cause shown, the EEOC's Unopposed Motion to permit EEOC's local counsel, David Staudt, to attend the hearing by telephone on Defendant's Motion to Partially Dismiss Plaintiff's Complaint, scheduled to take place in Alexandria on January 12, 2018 at 10:00 a.m., is GRANTED._____

_____

_____

_____.

 

_____
The Honorable Anthony J. Trenga
United States District Judge

Dated: _____