IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　Plaintiff,<br><br>vs.<br><br>CAMBER CORPORATION,<br>　　Defendant. | CASE NO. 17-cv-01084-AJT-JFA |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR STAY AND EXTENSION**

Upon Motion and good cause appearing,

IT IS HEREBY ORDERED that due to a lapse in appropriations for the EEOC at midnight on January 19, 2018, the litigation of this matter shall be STAYED until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding._____

_____

_____

_____.

_____
The Honorable Anthony J. Trenga
United States District Judge

Dated: _____