**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **United States Equal Employment Opportunity Commission**, <br> <div align="center">Plaintiff,</div> <br> vs. <br> **Camber Corporation**, <br> <div align="center">Defendant.</div> | Case No.  1:17cv1084 (AJT/JFA) <br><br> **Joint Motion to Enter an Agreed Protective Order and Waiver of Hearing** |

To facilitate discovery in this case, the parties have agreed to the proposed Agreed Protective Order pursuant to Rule 26(c), Fed. R. Civ. P.

The parties move this Court for entry of the attached proposed Agreed Protective Order to expedite the flow of discovery materials, facilitate the prompt resolution of discovery disputes, protect certain materials designated as confidential, and ensure that protection is afforded only to material so designated.

The parties waive hearing on this joint motion.

FOR PLAINTIFF:

Jeffrey A. Stern
Senior Trial Attorney admitted *pro hac vice*
Jeffrey A. Stern (Ohio Bar No. 0020107)
Jeffrey.Stern@eeoc.gov

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Cleveland Field Office
AJC Federal Bldg.
1240 East Ninth St., Ste. 3001
Cleveland, OH 44199
(216) 522-7458

1

(216) 522-7430 (fax)


KATE NORTHRUP
Supervisory Trial Attorney
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

By:


_____/s/_____
David Staudt
Va. Bar ID # 47442
Attorney for Plaintiff EEOC
U.S. EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
Baltimore Field Office
GH Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Phone: 410-209-2249
Fax: 410-962-4270
david.staudt@eeoc.gov



FOR DEFENDANT:


CONSTANGY, BROOKS, SMITH & PROPHETE, LLP


By:_/s/ Theresa M. Connolly_____
Theresa M. Connolly (VA Bar 46583)
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
Telephone: 571.522.6108
Facsimile: 571.281.2858
tconnolly@constangy.com

Donald S. Prophete[*]
2600 Grand Blvd., Suite 750
Kansas City, MO 64118
Telephone: 816.472.6400
Facsimile: 816.472.6401
dprophete@constangy.com

Robert L. Ortbals, Jr. (*pro hac vice*)(email consent)
7733 Forsyth Blvd., Suite 1325
St. Louis, MO 63105
Telephone: 314.925.7270
Facsimile: 314.925.7278
rortbals@constangy.com

*To seek admission pro hac vice*

**Attorneys for Defendant**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 16th day of February 2018, I filed the foregoing Joint Motion to

Enter an Agreed Protective Order and waiver of Hearing with the [Proposed] Agreed Protective

Order using the CM/ECF system, which will send a notification of such filing (NEF) to all ECF

counsel of record in this matter.

<u>s/David Staudt</u>
David Staudt
Va. Bar ID # 47442
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Baltimore Field Office
GH Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Phone: 410-209-2249
Fax: 410-962-4270
david.staudt@eeoc.gov