IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br>     Plaintiff, ) <br>                       ) <br> vs.                        ) <br>                       ) <br> CAMBER CORPORATION, ) <br>     Defendant. ) <br>                       ) | CASE NO. 17-cv-01084-AJT-JFA |

**EEOC WITNESS LIST**

Pursuant to Fed.R.Civ.P. 26(a)(3)(A)(i-ii) and the December 17, 2017 Order (ECF Doc. 10), EEOC provides its witness list;

Ashok Pai – EEOC expects to present.

Atif Khalil – EEOC expects to present.

Deborah Whitten – EEOC expects to present; may present by stenographic deposition designation if this witness is unavailable:

Pg. 5 Lns. 6-9,1-3 20-25, Pg. 7 Lns. 23-25, Pg. 8 Lns. 1-19, Pg. 10 Lns. 15-25, Pg.11 Lns. 1-2, 19-25, Pg.12 Lns. 1-25, Pg.13 Lns. 1-25 to Pg.15 Ln 3, Lns. 11-25 to Pg.17 Ln. 16, Pg. 19 Lns. 22-25 to Pg.21 Ln. 14, Pg.22 Ln. 1 to Pg.25 Ln. 6, Pg. 25 Lns. 7 to Pg.26 Ln. 19, Pg.27 Ln.15 to Pg.35 Ln. 12, Pg.39 Ln. 10 to Pg.43 Ln. 22, Pg. 45 Ln. 18 to Pg. 50 Ln. 15, Pg.54 Ln. 16 to Pg.58 Ln. 9, Ln. 24 to Pg. 61 Ln. 7, Pg.62 Ln. 9 to Pg.63 Ln. 7, Ln. 12 to Pg.64 Ln. 17, Pg.65 Ln. 9 to Pg.67 Ln. 10, Pg.68 Ln. 2 to Pg.69 Ln. 15, Pg.71 Lns. 1-15, Pg.71 Ln. 20 to Pg. 72 Ln.10, Pg.73 Ln. 23 to Pg.75 Ln. 6, Pg.75 Ln. 15 to Pg.78 Ln. 7, Pg.78 Ln. 18 to Pg. 79 Ln. 22, Pg.83 Ln. 9 to Pg.87 Ln 23, Pg.88 Ln. 7 to Pg. 89 Ln. 1, Pg.91 Lns. 16-21, Pg.92 Lns. 11-16, Pg.93 Lns. 6 to 24, Pg.97 Ln. 18 to Pg.98 Ln. 4, Pg.99 Ln. 9 to Pg.100 Ln. 10, Pg.107 Lns. 11-24, Pg.108 Lns. 2-14.

Howard Myatt – EEOC expects to present.

Adesh Jain – EEOC expects to present.

Lisa Thompson – EEOC may call.

Deidra Martin – EEOC may call; may present by stenographic deposition designation if this witness is unavailable:

Pg. 5 Lns. 6-16, Pg.6 Lns. 19 to Pg.7 Ln.3, Pg.11 Lns. 6-15, Pg.22 Ln. 23 to Pg.24 Ln. 9, Pg.24 Lns. 20-24, Pg.25 Ln. 4 to Pg.26 Ln.7,  Pg. 28 Lns. 2-16, Pg.33 Ln. 24 to Pg.35 Ln. 13.

Alan Anderson – EEOC may call.

Reneika Nance, address currently unknown to EEOC – EEOC may call.

Any witness presented or called by Defendant – EEOC may call.

Respectfully submitted,

/s/Jeffrey A. Stern
Senior Trial Attorney, admitted *pro hac vice*
Jeffrey A. Stern (Ohio Bar No. 0020107)
jeffrey.stern@eeoc.gov

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Cleveland Field Office
AJC Federal Bldg.
1240 East Ninth St., Ste. 3001
Cleveland, OH 44199
(216) 522-7458
(216) 522-7430 (fax)

*Lead Counsel for EEOC*

By:/s/David Staudt
David Staudt
Va. Bar ID # 47442
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Baltimore Field Office

>GH Fallon Federal Building
>31 Hopkins Plaza, Suite 1432
>Baltimore, MD 21201
>Phone: 410-209-2249
>Fax: 410-962-4270
>david.staudt@eeoc.gov
>
>*Local Counsel for EEOC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April 2018, I filed the foregoing EEOC Witness List using the CM/ECF system, which will send a notification of such filing (NEF) to all ECF counsel of record in this matter.

>s/David Staudt
>David Staudt
>Va. Bar ID # 47442
>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
>Baltimore Field Office
>GH Fallon Federal Building
>31 Hopkins Plaza, Suite 1432
>Baltimore, MD 21201
>Phone: 410-209-2249
>Fax: 410-962-4270
>david.staudt@eeoc.gov