# EXHIBIT GG

Avaya Government Solutions (AvayaGov) is one of the nation's strongest and most dynamic systems solutions providers. AvayaGov specializes in the acquisition, design, engineering, evaluation, and development of advanced IT systems and data communications networks for information systems and applications. Our long tradition of success is attributable to the bright, driven professionals at AvayaGov.

**Avaya Government Solutions has an immediate opening for a Software Systems Architect located in Northern Virginia.**

Summary of expected duties and responsibilities:

- Supports Government Enterprise Architecture activities including interfacing with Government Executives on proposing and presenting application/business architectures, implementation plans & cost-benefit analysis

- Architects and designs complex multi-tier web applications; determines project requirements and functional specifications to ensure that client specifications are met.

- Defines and approves Enterprise architecture standards and specifications including business, technical, application, security and data architectures; provides oversight for definition of product content to ensure that appropriate parties are kept informed of customer and company requirements and architecture policies.

- Designs application modules that integrate well to produce the desired product. Ensures that completed modules provide all functionality per the requirements specified by application experts and ensures that performance and other non-functional guidelines are met.

- Provides analysis and design reviews to other members in the department to avoid duplication of efforts in solving the same business/application problem with different products.

- Acts a liaison between third party vendors and company to procure, develop and/or integrate their applications into company products to ensure that applications are in accordance with company product standards and guidelines.

- Research/Evaluates new technologies and software products to determine feasibility and desirability of incorporating their capabilities within the company's products. Provides cost/benefit analysis as part of this evaluation.

- Facilitate Technical exchanges between development groups to ensure delivery of a high quality product.

**Education/Experience Requirements:**

Bachelor's degree in Engineering, Computer Science, or related field (Advanced degree in Engineering, Computer Science or related field is a plus). Must also have at least 15 years of professional software/systems development experience.

**The candidate must meet the following requirements:**

- Minimum of seven (7) years of progressive IT experience in Full Life Cycle development, to include: system design, development, maintenance and support.
- Minimum of five (5) years experience developing and implementing software designs to solve business problems; and producing high quality architecture artifacts with attention to detail.

CAMBER 000216

EEOC000354

- Minimum of five (5) years experience acting as lead for an enterprise architecture. This experience should include:
    - Enterprise custom application planning
    - Defining application architectures
    - Using design patterns
    - Defining coding standards
    - Gathering and refining system specifications
    - Conducting feasibility studies for new technologies
    - Demonstrated ability to implement systems architecture and solution design
    - Investigating and resolving system-wide technical problems
    - Designing new features to meet new business requirements
- Experience in the Microsoft technology stack including .NET, SharePoint, and SQLServer
- Custom Software Development and COTS Software integration experience

**Other Desired Qualifications:**

- Excellent communication skills to communicate with customers, support personnel, application development personnel, and management
- Superior interpersonal skills for interfacing with business unit personnel, customers, and vendors
- Leadership and coaching skills to guide and mentor the work of less experienced personnel
- Ability to work and collaborate in a team environment
- Flexibility and adaptability to working in a dynamic software development environment
- Familiarity with Government security requirements for e-Gov applications
- Project management level experience directing large software development teams is a plus

**Security Requirements:**

US citizenship is required. A background check for security clearance purposes is required for hiring. Applicant selected will also be subject to an extensive government security investigation and must meet eligibility requirements for access to sensitive information prior to the beginning of work. Must be able to obtain and maintain a US Public Trust clearance.

**\*\*An active or recent (10 years) US government security clearance is highly preferred\*\***