# EXHIBIT KK

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (12/16/14) |
| **Date:** | Tuesday, December 16, 2014 9:53:34 AM |
| **Attachments:** | PM-121614 DSD.doc |
| | Camber IT Budget FY15 v6.xls |
| | DOJ EOIR ORG STRUCTURE FY15_v5.vsd |

Agenda and supporting docs for today's Program Review meeting are attached.
Thanks,
Atif

--
Atif Khalil
Program Manager – Camber Corporation
Executive Office for Immigration Review (EOIR)
Information Resources Management (IRM)
atif.khalil@usdoj.gov
Off: 703-756-8121
Cell: 571-216-4712



# DSD-PM Weekly
## Program Level - Business Administration

- **Administration:**
    - FY15 Budget – ver 6
    - FY15 Org Chart – ver 5
    - Staffing
        - Resignations – Ryan Bakshi (12/18)
        - Departures – Hang 12/5/14
        - On-board – Emita 12/1/14
        - Upcoming Absences (Key Personnel)
            - Joe Barbaretta: 12/22 – 12/29 (5 days)
            - Nan Li: 12/18 – 12/26 (6 days)
            - Atif Khalil: 1/2 (1 day)
            - Ana Arranz: 12/26 – 12/31 (4 days)
        - Training – Karen Cognos Workshop 12/17
        - Risks/Issues – None
        - Requests/General - None
- **Recruitment / Hiring / On-boarding activities:**
    - Tester (Ryan's backfill)
        - Interviewing candidates
    - .NET/SP Dev (Ashok's backfill)
        - Saritha Prathipati selected (ISA3)
    - .NET/SP Dev (Robert's backfill)
        - Interviewing candidates
    - Automation Tester (Dipak's backfill) - ISA2 $119.15
        - Pradip Ghosh selected ISA1 $106.62
- **EOIR Security:**
    - Saritha Prathipati (11/12/14)
    - Pradip Ghosh (11/25/14)
- **Program:**
    - Meeting w/ Neil Kronimus