# EXHIBIT LL



October 21, 2015

Ms. Reneika Nance
9404 Foxcroft Avenue
Clinton, MD 20735

Dear Reneika:

Camber Corporation is transferring you to a position of Junior Instructional Developer/Data Entry to work in our Norfolk, Virginia office and to be attached to the Systems Engineering and Training Business Unit. This position may require that you attain a security clearance or successfully pass a background investigation. If you are unable to attain the appropriate clearance or pass the background investigation, it could result in a change of your employment status.

Your date of transfer will be October 19, 2015. Your bi-weekly salary will be $1,539.20 and your benefits will remain the same.

Once you have signed this transfer letter, please return it to Deborah Whitten, Director of Human Resources at our Corporate Office. This offer of transfer is valid only if signed and returned to Camber Corporation by October 23, 2015.

I look forward to your continued support at Camber.

Sincerely,

Deborah Whitten
Human Resource Director
dwhitten@camber.com

I accept this transfer as outlined above.

Reneika Nance

Date 10/21/15

**Camber Corporation** Customer Focused, Employee Driven
CORPORATE HEADQUARTERS • 670 Discovery Drive • Huntsville, Alabama 35806 • Phone (256) 922-3600 • FAX (256) 922-3699





CAMBER 000154

EEOC000292

**Whitten, Deborah**

| | |
|---|---|
| **From:** | Prestegard, Shane |
| **Sent:** | Tuesday, October 27, 2015 1:18 PM |
| **To:** | Nance, Reneika; Whitten, Deborah |
| **Subject:** | RE: nance transfer letter |
| **Importance:** | High |

Thanks Reneika,

please note the transfer effective date will be Nov 9th not October 19th

Shane Prestegard
Senior Recruiter
Talent Acquisition team

670 Discovery Drive Huntsville, AL 35806 Work (256) 922-3584| Mobile (256) 426-9806


-----Original Message-----
From: Nance, Reneika
Sent: Tuesday, October 27, 2015 1:15 PM
To: Whitten, Deborah
Cc: Prestegard, Shane
Subject: RE: nance transfer letter

Hello,

Sorry for the delay. Here is the letter signed.

Thank you
-Reneika Nance
From: Whitten, Deborah
Sent: Monday, October 26, 2015 10:15 AM
To: Nance, Reneika
Cc: Shambora, Mary
Subject: FW: nance transfer letter

I need this signed letter back to process the transfer and rate change in the system.

From: Whitten, Deborah
Sent: Wednesday, October 21, 2015 10:17 AM
To: Nance, Reneika
Subject: nance transfer letter


From: copyscan@camber.com<mailto:copyscan@camber.com> [mailto:copyscan@camber.com]

1

CAMBER 000155

EEOC000293

Sent: Wednesday, October 21, 2015 10:15 AM
To: Whitten, Deborah
Subject: Attached Image



All form fields must be completely filled in or it will be sent back for non-compliance.

## Job Offer Request Form

| | | | |
|---|---|---|---|
| Company: | Camber | Benefits Package: | Camber |
| Requisition Number: | 13484 | Work Location: | Norfolk, VA |
| New Hire/Employee Name: | Reneika Nance | Camber Office Location: | Norfolk, VA |
| Position/Title: | Junior Instructional Developer/Data Entry | Tentative Start Date | 10/15/2015 |
| Starting Salary: | 40,000 | Supervisors Name: | Mary Shambora |
| Employment Type: | 40 hour exempt | Sponsors Name: | Brian Kessler |
| Vacation Accrual Level: | 2 Weeks | Business Unit: | SET(Systems Engineering Training) |
| | | Accounts: | Navy/USMC |

Camber Labor Category: Analyst              Level: 1

Validity Date: 8/26/2015
(Candidate should sign the offer by this date)              Employee Referral?   No

Eligible for a referral bonus? No              Referred by:

Will this employee require Camber equipment? (Computer,cell, etc.) No    If yes, please specify what type:

Application in Applicant Tracking System:   ☒ YES       Resume in Applicant Tracking System:   ☒ YES

Security Clearance Required?       No          Security Clearance Level:   None

If no clearance is required, does a background check need to be performed?   No

Is clearance/background check required before work can start? No     Security Officer (FSO): Sandy Byland

Direct ☒  or  Indirect ☐              Contract Number: RFQ 15-2502

Contingency? Yes                Charge number employee will be charging to:       (optional)

If yes, anticipated date of contract award:    9/30/2015    Contract the offer is contingent upon: Contract award win

Other Contingencies:

Relocation Required?  No      If yes, dollar amount: $     Duration of Employment Commitment?  Select

Signing Bonus?   No        If yes, dollar amount: $     Duration of Employment Commitment? Select

Recruiter to send offer letter to: Shane Prestegard              Is the profitability sheet attached? Select

Name of Interviewers:    1. Brooke Davis       2. Jeff Ramsey        3. Carol Wise

If there are not three interviewers, please give explanation:
Additional Information:

### APPROVALS

| Print: | Brian Kessler | Mary Shambora | |
|---|---|---|---|
| Sign/Date: | 8/21/2015 | 8/21/2015 | |
| | Hiring Manager | Account Manager | General Manager/Executive |

CQF-30007 Rev 12, Effective 06/18/2015

Reneika Nance - NETC 10775

# ECN Profitability Assessment

**Instructions:** Insert Data in the highlighted fields and include with ECN

| Program Information | |
|---|---|
| Program Name | NETC |
| Project Number | 10775 |
| Project Manager | Mary Shambora |
| Cost Type | Direct |

| | Current Request | Prior Economics |
|---|---|---|
| Effective Date | 10/16/2015 | |
| Employee's Name | Reneika Nance | |
| Annual Salary Offered | $40,000 | $38,064.00 |
| Annual Vacation Weeks | 2 | |
| Hourly Billing Rate | $44.92 | $42.75 |
| Applicable Wrap Rate | Camber Site | Camber Site |
| Annual Billable Revenue | $86,296.55 | $82,119.79 |
| Annual Burdened Cost | $80,564.87 | $79,846.68 |
| Net Margin $ | $5,731.67 | $2,273.12 |
| Net Margin % | 6.64% | 2.77% |
| Overall Contract Margin % | 7.50% | 7.50% |

Approval chain:
Project Manager, Bus. Center Lead, Ops Manager, Business Unit Manager

7/7/2015                    Camber Corp Proprietary Information

CAMBER 000158

EEOC000296

## Whitten, Deborah

| | |
|---|---|
| From: | Balcik, Christopher |
| Sent: | Wednesday, October 21, 2015 8:45 AM |
| To: | Whitten, Deborah |
| Subject: | Re: Reneika Nance - Camber Employee |
| Attachments: | image009.gif; image006.gif; image007.gif; image009.gif; image006.gif; image007.gif; image001.png; image001.png; image005.jpg; image006.gif; image007.gif; image009.gif; image006.gif; image007.gif; image005.jpg; image006.gif; image007.gif; image001.png |

Approved

R/ Chris

(O): 703.825.2529
(M): 703.869.0455

On Oct 21, 2015, at 8:43 AM, Whitten, Deborah <dwhitten@camber.com> wrote:

> Do you approve this one?
>
> From: Prestegard, Shane
> Sent: Wednesday, October 21, 2015 8:36 AM
> To: Whitten, Deborah
> Subject: FW: Reneika Nance - Camber Employee
>
> Deb,
>
> Internal transfer of current Camber Employee Reneika Nance.
>
> Please obtain approval from Chris Balcik. I have Tom Bacak's approval below.
>
> **Shane Prestegard**
> Senior Recruiter
> Talent Acquisition team
>
> 
>
> 670 Discovery Drive Huntsville, AL 35806
> Work (256) 922-3584| Mobile (256) 426-9806
>
> <image008.gif>
>
> From: Bacak, Tomislav
> Sent: Tuesday, October 20, 2015 1:50 PM
> To: Balcik, Christopher; Prestegard, Shane
> Subject: FW: Reneika Nance - Camber Employee

1

CAMBER 000159

EEOC000297

I approve

Thanks
Tom

**Tom Bacak**
Senior Business Operations Manager
Mission Support Group (MSG)

<image010.png>

5860 Trinity Parkway, Ste 400 Centreville, VA 20120
Work (703) 825-2540 | **Fax** (703) 825-2575

**From:** Prestegard, Shane
**Sent:** Tuesday, October 20, 2015 2:49 PM
**To:** Bacak, Tomislav
**Subject:** FW: Reneika Nance - Camber Employee

Tom,

Please review ECN profitability for Ms. Reneika Nance. She is a current Camber employee under Nidhi Panchasara. She reports direct to Jim Stewart (703) -682-1320. She will be relocating to the Va Beach area as her husband is stationed there.

No relocation assistance was offered.

She will be supporting the NETC Sailor 2025 effort.

**Shane Prestegard**
Senior Recruiter
Talent Acquisition team



670 Discovery Drive Huntsville, AL 35806
**Work** (256) 922-3584| **Mobile** (256) 426-9806

<image008.gif>

**From:** Shambora, Mary
**Sent:** Tuesday, October 20, 2015 1:45 PM
**To:** Prestegard, Shane
**Subject:** FW: Reneika Nance - Camber Employee

fyi

**Mary Shambora**
Program Manager
Systems Engineering & Training Business Unit

2

 years

12689 Challenger Parkway, Suite 130 | Orlando, FL 32826
Work (407) 249-7226 | Fax (407) 277-9037 | Mobile (407) 375-6139
<image002.jpg><image003.jpg><image004.jpg>

**From:** Shambora, Mary
**Sent:** Thursday, August 27, 2015 12:55 PM
**To:** Kazee, Trey; Prestegard, Shane
**Subject:** RE: Reneika Nance - Camber Employee

Please see attached.

Mary Shambora
Program Manager
Systems Engineering & Training Business Unit

 years

12689 Challenger Parkway, Suite 130 | Orlando, FL 32826
Work (407) 249-7226 | Fax (407) 277-9037 | Mobile (407) 375-6139
<image002.jpg><image003.jpg><image004.jpg>

**From:** Kazee, Trey
**Sent:** Thursday, August 27, 2015 11:25 AM
**To:** Prestegard, Shane; Shambora, Mary
**Subject:** RE: Reneika Nance - Camber Employee

Thank you for the clarification, Shane.

In that case we should be able to also document the "Prior Economics" fields as well. Project Control should be able to document her current salary and gov't billing rate, as well as the proposed salary and gov't billing rate for the NETC program. That will give us the documentation needed.

Thanks!

Best,
trey
--


Trey Kazee
Director, Operations and Training Center of Excellence
Systems Engineering & Training Unit

 years

4885 Alpha Rd. | Suite 110 | Dallas, Tx 75244 | USA
Work +1 (972) 308-2015 | Fax +1 (972) 991-5322

<image008.gif>

3

CAMBER 000161

EEOC000299

From: Prestegard, Shane
Sent: Thursday, August 27, 2015 10:09 AM
To: Kazee, Trey; Shambora, Mary
Subject: RE: Reneika Nance - Camber Employee

She is currently working under James Stewart and Denise McMinn supporting the USPTO effort.

Current rate is $18.30/hr with next Performance eval 12.205

**Shane Prestegard**
Senior Recruiter
Talent Acquisition team



670 Discovery Drive Huntsville, AL 35806
Work (256) 922-3584| Mobile (256) 426-9806

&lt;image008.gif&gt;


From: Kazee, Trey
Sent: Thursday, August 27, 2015 10:04 AM
To: Shambora, Mary
Cc: Prestegard, Shane
Subject: RE: Reneika Nance - Camber Employee

Thank you, Mary.

It looks like Reneika is a new hire; what is her role?

The billing rate needs to be filled in to document the profitability – please have that information entered so that I can review.

Thanks!

Best,
trey

**Trey Kazee**
Director, Operations and Training Center of Excellence
Systems Engineering & Training Unit

 25 years

4885 Alpha Rd. | Suite 110 | Dallas, Tx 75244 | USA
Work +1 (972) 308-2015 | Fax +1 (972) 991-5322

&lt;image008.gif&gt;

4

**From:** Shambora, Mary
**Sent:** Thursday, August 27, 2015 9:51 AM
**To:** Kazee, Trey
**Cc:** Prestegard, Shane
**Subject:** Reneika Nance - Camber Employee

Trey,

We would like to hire Reneika Nance if we get awarded Sailor 2025. Contract award should be around 30 September 2015. Shane Prestegard spoke to Reneika about the status of things and told her that we would be prepared to execute the internal transfer (ECN) upon T/O award sometime around 10.15.2015. I need to get your approval on the ECN and transfer.

Regards,
**Mary Shambora**
Program Manager
Systems Engineering & Training Business Unit

 25 years

12689 Challenger Parkway, Suite 130 | Orlando, FL 32826
Work (407) 249-7226 | Fax (407) 277-9037 | **Mobile** (407) 375-6139
<image002.jpg><image003.jpg><image004.jpg>

<Copy of Reneika Nance _ New Hire Increase Profitability Assessment CFY 2015.xlsx>
<JOR - Reneika Nance - 13484.docx>

5

CAMBER 000163

EEOC000301