# EXHIBIT QQ



May 7, 2013

Reneika S. Nance
9404 Foxcroft Avenue
Clinton, MD 20735

Dear Reneika,

Camber Corporation is pleased to offer you full time employment as a Technical Support specialist to work on location in Alexandria, Virginia and to be attached to the Government Solutions Group. This position may require that you attain a security clearance or successfully pass a background investigation. If you are unable to attain the appropriate clearance or pass the background investigation, it could result in a change of your employment status.

Your anticipated date of employment is May 12, 2014. Your bi-weekly salary will be $1,442.40 and your benefits will be the same as those enjoyed by all Camber Government Solution Group employees, as described on the attachment.

Once you have signed this offer letter, please return it to Deborah Whitten, Human Resources Director in our Corporate Office. Should you have any questions or need assistance regarding in-processing, please contact Cassee Ger, 703-825-2531. Should you have any questions or need assistance regarding your benefits, I encourage you to call Deidra Martin, Benefits Manager, at our Corporate Office, (256) 922-3505. This offer of employment is valid until May 9, 2014, 2014.

I look forward to working with you at Camber.

Sincerely,

Deborah Whitten
Human Resource Director

I accept your offer of employment as outlined above.

Reneika S. Nance                                    5/7/14
                                                    Date

Processed by FREE version of STOIK
Mobile Doc Scanner from www.stoik.com

CAMBER 000133

EEOC000271