## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  Theresa M. Connolly, Donald S. Prophete
_____

Robert L. Ortbals, Jr. and Cherie Anderson
_____

_____

Electronic Device(s):  Laptop Computer
_____

_____

Purpose and Location Of Use:  Trial presentation of exhibits and video during trial before Judge Anthony J. Trenga
_____

Case No.:  1:17-cv-01084-AJT-JFA
_____

Date(s) Authorized:  July 9, 2018 through July 13, 2018
_____

IT Clearance Waived:  _____(Yes)     _____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____     _____
IT Staff Member                                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**