# EXHIBIT B

## Page 1

IN THE UNITED STATES DISTRICT COURT
OR THE EASTERN DISTRICT O  VIRGINIA
ALEXANDRIA DIVISION

x

UNITED STATES EQUAL             :
EMPLOYMENT OPPORTUNITY          :
COMMISSION,                     :
          Plaintiff,            :
     v.                         : Case No.
CAMBER CORPORATION,             : : 7cv 084 (AJT/J A)
          Defendant.            :

x

Videotaped Deposition of ASHOK PAI
McLean, Virginia
Monday, March 26, 20 8
9:33 a.m.

Job No.  7932
Pages    3 4
Reported by:  Karen Young

## Page 2

Videotaped Deposition of ASHOK PAI, held at the offices of:

PLANET DEPOS
8270 Greensboro Drive
Suite  0
McLean, Virginia 22 02
(888) 433 3767

Pursuant to notice, before Karen Young, Notary Public of the Commonwealth of Virginia

## Page 3

A P P E A R A N C E S

ON BEHAL  O  PLAINTI  :
    JE  REY A. STERN, ESQUIRE
    U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
    Cleveland  ield Office
    AJC  ederal Building #300
     240 East Ninth Street
    Cleveland, Ohio 44 99
    (2 6) 522 7458

ON BEHAL  O  CAMBER CORPORATION:
    ROBERT L. ORTBALS, JR., ESQUIRE
    CONSTANGY, BROOKS, SMITH & PROPHETE LLP
    7733  orsyth Boulevard
    Suite   325
    St. Louis, Missouri 63 05
    (3 4) 925 7270

ALSO PRESENT:
    Jeff Bauer, Esq., Huntington Ingalls
    Joe Donahoe, Videographer

## Page 4

C O N T E N T S

EXAMINATION O  ASHOK PAI                    PAGE
    By Mr. Ortbals.......................  8

5

E X H I B I T S
(Attached to Transcript)

| | | |
|---|---|---|
| Exhibit 1 | Fahrenheit, Schedule A | 89 |
| Exhibit 2 | Time Review | 90 |
| Exhibit 3 | Peevy e-mail to Williams, 3/14/14 | 108 |
| Exhibit 4 | Performance Improvement Plan | 122 |
| Exhibit 5 | Acknowledgement | 137 |
| Exhibit 6 | Pai e-mail to Khalil, 9/18/14 | 150 |
| Exhibit 7 | Thompson e-mail to Khalil, 9/8/14 | 193 |
| Exhibit 8 | Thompson e-mail to Pai, 9/19/14 | 219 |
| Exhibit 9 | Martin e-mail to Whitten, 9/17/15 | 230 |
| Exhibit 10 | Certification of Health Care Provider, PAI002318 - PAI002321 | 234 |
| Exhibit 11 | Certification of Health Care Provider, PAI002323 - PAI002326 | 235 |
| Exhibit 12 | Myatt e-mail to Khalil, 10/1/14 | 244 |
| Exhibit 13 | Thompson e-mail to Whitten, 10/27/14 | 247 |
| Exhibit 14 | Paige letter to Pai, 10/17/14 | 248 |
| Exhibit 15 | Pai letter to EEOC Los Angeles, 7/31/15 | 272 |
| Exhibit 16 | Pai letter to EEOC Washington D.C., 8/5/15 | 273 |
| Exhibit 17 | Charge of Discrimination | 280 |
| Exhibit 18 | Dismissal and Notice of Rights | 281 |
| Exhibit 19 | Pai e-mail to Francavilla, 2/29/16 | 281 |
| Exhibit 20 | Pai e-mail to Francavilla, 4/7/16 | 289 |
| Exhibit 21 | Pai e-mail to Francavilla, 4/10/16 | 289 |
| Exhibit 22 | Resume | 294 |

7

P R O C E E D I N G S

THE VIDEOGRAPHER: Here begins Disk Number 1 in the videotaped deposition of Ashok Pai in the matter of the United States Equal Opportunity Commission verse Camber Corporation in the United States in District Court for the Eastern District of Virginia, Alexandria Division, Case Number 1:17cv1084. Today's date is March 26th, 2018, and the time on the video monitor is approximately 9:33 a.m. The videographer for today is Joe Donahoe, representing Planet Depos, and this videotaped deposition is taking place at 8270 Greensboro Drive, McLean, Virginia. Would counsel please voice-identify themselves and state who they are representing?

MR. ORTBALS: Robert Ortbals for defendant Camber.

MR. STERN: Jeffrey Stern for plaintiff, United States Equal Employment Opportunity Commission.

THE VIDEOGRAPHER: The court reporter today is Karen Young, representing Planet Depos.

8

Would the court reporter please swear in the witness?

ASHOK PAI,
having been duly sworn, testified as follows:
EXAMINATION BY COUNSEL FOR CAMBER CORPORATION

BY MR. ORTBALS:
Q  Could you state your name please?
A  **Ashok Pai.**
Q  Mr Pai, have you had your deposition taken before?
A  **No.**
Q  My name's Bob Ortbals  I am an attorney representing Camber Corporation in the lawsuit that the EEOC has filed against it on your behalf  Do you understand that?
A  **Yes.**
Q  I'm going to go through kind of how things are going to work and some of the ground rules here today, particularly since you haven't had your deposition taken before  I don't want you to be misled by the fact that we're kind of in an

**29**

1   And so -- so you know, we -- we have to
2 take him frequently to skilled care and stuff like
3 that, and he's there for some periods of time, but
4 he's very -- he's very healthy though. He's hardly
5 been hospitalized, and the one major
6 hospitalization was at the time where I requested
7 FMLA, and he was actually fighting for his life at
8 the time because he had aspiration pneumonia and he
9 was in the hospital for several weeks, and that was
10 the time I got terminated too, so --
11   Q   So your wife is the person in your
12 household who takes care of your son?
13   A   Right, but she does have assistance time
14 to time, and she also, like I said, if there any --
15 any kind of complication or treatment, because he
16 needs various kinds of treatments on a regular
17 basis so he's taken to these facilities, and so he
18 actually has a second home in a sense, a skilled
19 care facility.
20   Q   And then there'll be what, personal care
21 attendants that come to the household if --
22   A   Yeah, yeah, generally, yeah, but my wife

**30**

1 takes most of the care, but yeah, personal care
2 attendants do come time to time, yeah, because his
3 care is pretty standardized, so it's very
4 standardized, because -- you know, change diapers
5 twice or day or so and things of that nature. He's
6 fed through a tube, stomach tube, so there's no
7 feeding issues, so medications also put through the
8 tube, so --
9   Q   Have you gone by any other names other
10 than Ashok Pai?
11   A   I have a middle name, Kochikar, which is
12 a family name. So Pai is my last name, Kochikar is
13 my family name, because, you know, we basically go
14 family name, so that is passed on from father to
15 son. Last name is Pai, yeah. Not changed my name
16 at all, yeah. I haven't changed my name. It has
17 always been -- although I should have probably
18 because I confuse people like hell with my name,
19 but my name has always been Ashok Kochikar Pai.
20   Q   How do you spell your family name?
21   A   What say?
22   Q   How do you spell your family name?

**31**

1   A   K-O-C-H-I-K-A-R.
2   Q   What's your wife's name?
3   A   Her original name is Manorama, and she
4 goes by Manorama Pai Kochikar, because I also was
5 Ashok Pai Kochikar in India, but after we came to
6 U.S., I made K my middle initial so I became Ashok
7 Kochikar Pai, but otherwise people call me Kochikar
8 and people will be confused with my last name,
9 which was my last name. So I made it Ashok
10 Kochikar Pai, A -- Ashok K. Pai, but my wife has
11 typically kept it as K. Manorama Pai, which is
12 actually the way it's kept in India, Kochikar
13 Manorama Pai, or she sometimes goes by Manorama Pai
14 Kochikar, but she's smart. She also adopted the
15 name Anita, so she also goes by Anita Pai.
16   Q   And how do you spell -- is it Manorama?
17   A   Yeah, M-A-N-O-R-A-M-A.
18   Q   Have you had any other marriages other
19 than your current one?
20   A   No. Yeah, we've been married for 44
21 years. Forty-four and a half.
22   Q   And your birth date is July 17th, 1949?

**32**

1   A   That's right.
2   Q   Where were you born?
3   A   Madras, India, which is now called
4 Chennai.
5   Q   And where did you go to college?
6   A   I did my initial schooling all in
7 Bangalore, India because my family moved from
8 Madras to Bangalore when I was one year old, and so
9 I did all my schooling up to the completion of my
10 five-year degree program -- it's a five-year degree
11 program there for engineering. So I completed my
12 engineering degree in Bangalore, the five-year
13 degree. After that, I did a two-year degree
14 program in Madras. This was M.Tech, master's --
15 master of technology in aeronautical engineering.
16 There's a two-year program at IIT Madras, and IIT,
17 there are -- I think now there are more IITs, but
18 it used to be five IITs, one in each corner of
19 India, and these were absolutely the top schools in
20 India, you know, and even though the IITs are
21 valued very highly, and the Madras IIT was actually
22 started -- established by German collaboration. So

**33**

many of the books, many of the professors were all from Germany.

In fact, the library was mostly stocked with German book, so I speak fluent German. I can speak fluent German and read and write German, and actually, we had to write papers in German and all that too, and many of the professors didn't even understand English properly, so if you had to pass, we had to know German.

So that was German -- the other IITs, one is Russian, the Bombay's Russian. It's called IIT, Indian Institute of Technology. So five of them were established just after independence in India, independence in 1947. So after that, five IITs are established, each by collaboration from one major country, you know.

So Madras IIT, which I attended for two years and got my master's in technology, that was by Germany, and then Bombay IIT was Russia. Kampur was England, Britain. Delhi -- I'm sorry, Delhi was Britain. Kampur was the U.S. Kharagpur was a joint collaboration of several countries. So there

**34**

are five IITs.

So I was -- I was in the Madras IIT, which we used to lovingly call it concentration camp because it was the toughest IIT of all. It was German, so the German system was very, very tough with very few -- a lot of hours, lot of additional hours and work needed compared to the other IITs. So I was able to survive that, which we lovingly called concentration camp, and then we -- I got the degree and master's, master of technology.

Q   Have you had any schooling in the United States?
A   Yes, I did my MBA in finance and banking.
Q   Where was that at?
A   Wright State University in Dayton, Ohio.
Q   When did you graduate with your MBA?
A   1981, December. I got my degree in '82.
Q   Have you had any other formal education or training since your MBA?
A   I've had a lot of training because I'm I.T., I'm in information technology, which

**35**

obviously requires training, never stops. So I've had a lot of training in that area, in that whole field, and mostly in cyber security. I have the CISSP certification, and that is complete -- all over the world is recognized as the top certification in cyber security. It's called CISSP, Certified Information Systems Security Professional. So that is generally -- generally recognized all over the world as the top, and it's a very tough certification, and I have that, which required several months of training.

And then I have several Microsoft certifications because I worked at Microsoft for a while, so I have several Microsoft certifications in the I.T. area, mainly in SharePoint, which was my main specialty. Also in Dot Net certification, SharePoint SQL server, solutions, solution architect type training, and I was a senior consultant at Microsoft, a senior consultant.

Q   Any other I.T. certifications you hold?
A   Yeah, I hold some others. I've forgotten them some extent. Yeah, the Microsoft, I worked at

**36**

four certifications with Microsoft. I have a few others which I don't use very much. I'm trying to remember what they are, but yeah, the main one is CISSP, my proudest achievement I think in certifications, and then the Microsoft certifications. I can't think of anything offhand right now, yeah.

The SharePoint and Dot Net has been my main area of work, you know, and cyber -- now cyber security. My current job in cyber security with some SharePoint and some Dot Net, but prior to that even, because I got my CISSP in 2002. So since 2002, because I have the certification, one of the -- one of the problems I got as soon as I got the certification was that at that time, cyber security was not considerably important in 2002. I did that certification because -- in 2002, because of 9/11. So when 9/11 happened in 2001, I thought the next war is going to be cyber war, you know. And not only that, all these people are gunning for us, so I do this -- my job for my country, you know?
Q   Have you ever --

65

1  yes. Like I said, even when I went to him the
2  September 8th, he was very supportive, but he asked
3  me to write this letter, and I just wrote it
4  exactly as he wanted me to, the little -- little
5  e-mail that I had that he asked me to write, but
6  that was the one that was construed as a
7  resignation later because it had the October 31st
8  date and all that, so unfortunately, so you know --
9      Q    In the summer 2014 conversation where you
10 disclosed your son's disability to Atif, what did
11 you -- what did you tell him about his condition?
12     A    What did I tell him?
13     Q    What did you tell Atif about your son's
14 condition?
15     A    Oh, that he's disabled, yeah, yeah, that
16 he's disabled, that he's unable to talk and all
17 that. Now, Atif had a baby somewhere about that
18 time, so I don't know if that was in connection
19 there. I don't remember, yeah, but it's -- I did
20 tell him that he's totally disabled and he is
21 nonverbal and all that, yeah.
22     Q    What did Atif say in response?

66

1      A    Oh, he was very supportive, like I said,
2  you know. He was always really a -- a very shocked
3  -- you know, you know, all the best to you or
4  something. I don't know exactly, but he was very
5  supportive definitely.
6      Q    And then when your son was hospitalized
7  and you had no leave time available, it was Atif
8  who allowed you to use future leave time to --
9      A    Yeah, that was a policy, because we were
10 told when we gave up the -- my understanding again,
11 Camber, we were told -- no, no, Avaya policy,
12 Avaya's policy, what Avaya said that at the
13 government shutdown, when it happened in October,
14 that we can either give up our vacation or we can
15 take unpaid leave. So the question came up, you
16 know, so we have no vacation after it all.
17         They said you know, if you have more
18 vacation than the two weeks, you do have that, but
19 even if you exhaust all your vacation, you'll be
20 allowed to borrow vacation from future leave, you
21 know. That was the offer from Avaya, you know. So
22 -- so Camber -- because Camber said in their

67

1  presentation that all the benefits will be better
2  than Avaya, and that everything that Avaya promised
3  will be carried out, that kind of thing, you know.
4         So unfortunately the benefits were not
5  better. There were some serious back -- you know,
6  I don't remember exact details, but some of them
7  are not as good as Avaya with Camber. However,
8  they did live up to, as far as I understood, they
9  did live up to Avaya's promises. So it was -- it
10 was part of the deal that we would be allowed to
11 take vacation from future vacation. So that part
12 was strictly not unpaid. It became unpaid leave
13 only when FMLA started, which I think was around
14 October 1st, something like that.
15     Q    And when you told Atif you needed to stay
16 in California longer because of your son's
17 hospitalization --
18     A    Uh-huh.
19     Q    -- and you were going to use future leave
20 to cover it, he approved the request.
21     A    Now, again, I had take -- I had gone to
22 California, if I remember correctly, on real leave,

68

1  because I was already en route. Remember, I was en
2  route when I heard this. Once I reached there, I
3  realized I needed more time, you know. That is
4  when the discussion came up, and I asked, if I
5  understand correctly, if I remember correctly, I
6  asked I would need to have to take future leave
7  because I don't have any vacation left, you know.
8         So I don't remember the exact
9  conversation, but he kind of -- you know, he kind
10 of agreed in the sense that I -- I kind of reminded
11 him that that was the deal we had from Avaya back
12 in previous October 1st when the government
13 shutdown happened, and we had a choice, you know,
14 each employee had a choice, either take unpaid
15 leave or take a vacation with a promise of future
16 leave if necessary.
17     Q    So Atif agreed you could use your future
18 leave.
19     A    Yeah, I'm pretty sure he did. I don't
20 remember him disagreeing or I don't -- because if
21 he had disagreed, I realize, oh, this is a promise
22 not kept up. So I did not get the feeling that a

Transcript of Ashok Pai
Conducted on March 26, 2018

39 (153 to 156)

---

53

1  the EOIR project to make some type of transfer
2  happen.
3      A  I'm just exploring possibilities, you
4  know? I'm just saying that maybe they'll make an
5  exception in my case, let me work remotely, because
6  for example, I worked in previous projects, and
7  they were letting me work remotely, when I worked
8  with Federal Reserve board, when I worked at
9  Treasury, they have allowed me to work remotely,
10 telecommute.
11     So I thought maybe because of the
12 situation, maybe they would say okay, we'll let you
13 work remotely, you know, because my work could have
14 been done remotely, you know? Even now I work
15 remotely from home much of the time, whenever I
16 want to. I don't need to, because it's purely
17 computer work. I can do it anywhere really.
18     So I'm just saying that I want to explore
19 possibilities of transfer within Camber, yes, but
20 that's only because I felt EOIR may not agree, but
21 if they could have made an exception in my case, I
22 was willing to continue. I'm not saying that I

54

1  want to quit EOIR, you know.
2      Q  So just so the record's clear, sir, the
3  earlier projects you were referring to where you
4  were allowed to do telework --
5      A  Uh-huh.
6      Q  -- that was not for EOIR --
7      A  Yes.
8      Q  -- and it was not Camber.
9      A  It -- okay, it was -- there was a project
10 for DOJ, a different part of DOJ, the Justice
11 Management Division, JMD, which I was allowed to
12 work remotely. Treasury, I was allowed to work
13 remotely, and the Federal Reserve Board, I was
14 allowed to remote -- work remotely, okay? Only
15 EOIR would not.
16     I don't know the background for that, but
17 -- so the point was there was a possibility of an
18 exception there because other government agencies
19 were allowing, and even within the EOIR, I think
20 the government people were doing it. So I think it
21 might have just been an Avaya or Camber policy
22 perhaps. I'm not sure.

55

1      Q  Sir, the DOJ project where you worked
2  remotely -- was that through Camber?
3      A  No, no, no, that was much earlier,
4  different -- different division of DOJ.
5      Q  Yeah, that was not with EOIR.
6      A  Not at all, yeah.
7      Q  The Treasury project was not with Camber;
8  is that correct?
9      A  Yes, yeah, yeah, Camber -- I was an
10 involuntary inductee into Camber, right, because
11 Camber acquired all the employees of Avaya, so. I
12 joined Avaya, and so this was even before I joined
13 Avaya that I was at Treasury and Federal Reserve
14 Board, yeah.
15     Q  You weren't doing EOIR work remotely.
16     A  No, no, obviously not, yeah.
17     Q  And you understood that unless some type
18 of special exception was made --
19     A  Uh-huh.
20     Q  -- getting nearer to your family meant
21 leaving the EOIR project.
22     A  I did not want to make any assumptions

56

1  because I found that, you know, anything's possible
2  in this case, like exceptions can be made. EOIR
3  might have some work there because you know, after
4  all, California has a huge immigration problem,
5  right? So I'm not -- EOIR had some activities in
6  California, okay? So it could not be ruled out
7  that I could work at a EOIR office in California,
8  because immigration issues were very strong in
9  California basically. So I was not ruling out
10 anything there, you know? I was only just saying I
11 just wanted to explore possibilities, you know?
12     Q  And then in the next paragraph, you talk
13 about your move into cyber security in the mid-
14 2000s; is that correct?
15     A  Yes, yes, that's what I was referring to
16 earlier, when 9/11 happened, I felt I should do my
17 duty, you know, whatever my skills are to
18 contribute to the country, yeah.
19     Q  Why -- why was your cyber security
20 experience relevant to exploring transfer
21 possibilities?
22     A  Okay, the reason for that is when the CEO