# EXHIBIT D

**camber**

May 8, 2015

Saritha Prathipati
7712 Rolling Oak Lane
Springfield, VA 23153

Dear Saritha,

Camber Corporation is pleased to offer you full time employment as a Senior Director, to work on location at EOIR in Falls Church, Virginia, and to be attached to the Government Support Group. This offer of employment is contingent upon your ability to acquire and maintain our client's security clearance requirements.

Your anticipated date of employment is May 18, 2015. Your bi-weekly salary will be $5,192.80. Your benefits will be the same as those described in the attachment with the exception that you will receive three weeks annual vacation, to be accrued incrementally by pay period, instead of two.

Once you have signed this offer letter, please return it to Deborah Whitten, Director, Human Resources, in our Corporate Office. Should you have any questions or need assistances regarding in-processing, please contact Lisa Thompson, 703-679-8763. Should you have any questions or need assistance regarding your benefits, I encourage you to call our Benefits Manager, Undra Martin at our Corporate Office, (256) 922-3502. This offer is valid until May 13, 2015.

I look forward to working with you at Camber.

Sincerely,

Deborah Whitten
Human Resource Director

I accept your offer of employment as outlined above.

Saritha Prathipati

Date

**Camber Corporation**

CORPORATE HEADQUARTERS

PAI002980



May 8, 2015

Saritha Prathipati
7312 Rolling Oak Lane
Springfield, VA 22153

Dear Saritha,

Camber Corporation is pleased to offer you full time employment as a Senior Developer to work on location at EOIR in Falls Church, Virginia and to be attached to the Government Support Group. This offer of employment is contingent upon your ability to acquire and maintain our client's security clearance requirements.

Your anticipated date of employment is May 18, 2015. Your bi-weekly salary will be $5,192.80. Your benefits will be the same as those described in the attachment with the exception that you will receive three weeks annual vacation, to be accrued incrementally by pay period, instead of two.

Once you have signed this offer letter, please return it to Deborah Whitten, Director, Human Resources, in our Corporate Office. Should you have any questions or need assistances regarding in-processing, please contact Lisa Thompson, 703-679-4763. Should you have any questions or need assistance regarding your benefits, I encourage you to call our Benefits Manager, Deidra Martin at our Corporate Office, (256) 922-3505. This offer is valid until May 13, 2015.

I look forward to working with you at Camber.

Sincerely,

Deborah Whitten
Human Resource Director

I accept your offer of employment as outlined above.

_____                    _____
Saritha Prathipati                                    Date

**Camber Corporation**   *Customer Focused, Employee Driven*

*CORPORATE HEADQUARTERS* • 670 Discovery Drive • Huntsville, Alabama 35806 • Phone (256) 922-3500 • FAX (256) 922-3599

Confidential