# EXHIBIT E



*no rate increase*

# EMPLOYEE PERFORMANCE EVALUATION

| Employee Name: | Saritha Prathipati | | |
|---|---|---|---|
| Job Title: | Sr .Net Developer | Location: | EOIR |

| Date of Review: | Select date | Reviewed by: | Enter name |
|---|---|---|---|

### OBJECTIVES FOR THE NEXT APPRAISAL PERIOD

| 1. | Deliver quality work on time |
|---|---|
| 2. | Produce quality work by using industry standard testing techniques |
| 3. | Mentor junior developers and help other team members |
| 4. | Click here to enter text. |
| 5. | Click here to enter text. |

## CAMBER EMPLOYEE PERFORMANCE EVALUATION FORM

PAGE 1: The employee should fill out the Name, Title and Location boxes. At the time of the appraisal, it will be the responsibility of the manager and the employee to complete the section entitled *Objectives for The Next Appraisal Period*. Together they are to define objectives to meet during the course of the next year.

PAGES 2-6: These pages provide a format in which the manager can objectively evaluate the employee's Job Competence, Customer Relations, Communication, Work Habits, and Teamwork skills. The employee is instructed to complete his/her portion of the self-appraisal prior to the actual review and forward it to his/her manager. The manager completes the appropriate section of the performance appraisal using the same form and then schedules a time to meet with the employee to discuss the results. The employee and manager compare their assessments at this time. Both the employee and manager document any comments on the form and sign it in the designated area.

PAGE 7-8: These pages are specifically designed to evaluate employees in managerial positions. This form should be completed in addition to the regular appraisal form for any employee who manages a project, a function, or a group of employees.

### RATING NOTE:

Well Below Acceptable = Considerable improvement needed immediately

Below Acceptable = Improvement needed

Fully Acceptable = Meets job requirements

Consistently Above Acceptable = Routinely goes above and beyond job requirements

Exceptional Performance = Employee exceeds job requirements/job description