# EXHIBIT F

## Whitten, Deborah

**From:** Khalil, Atif
**Sent:** Friday, January 06, 2017 8:59 AM
**To:** Whitten, Deborah
**Subject:** RE: question

No, we did not fill the position during that time.

--
**Atif Khalil**
Program Director
Software & Network Engineering



5107 Leesburg Pike, Suite 1800 | Falls Church, VA 22041
Mobile (571) 216-4712

**From:** Whitten, Deborah
**Sent:** Friday, January 06, 2017 9:52 AM
**To:** Khalil, Atif
**Subject:** RE: question

Also – did anyone fill Pai's position temporary between his termination on 10/31/14 and when we hired Chu on 4/20/15 – or were we just out that position during that time since they changed the skill set?

**From:** Whitten, Deborah
**Sent:** Friday, January 06, 2017 8:49 AM
**To:** Khalil, Atif <akhalil@camber.com>
**Subject:** question

Who replaced Peter Chu when he resigned 11/13/15 and did the replacement also require the .Net skill set? EEOC is requesting more info.

*Deborah Whitten, SrCAAP, SPHR, SHRM-SCP, HRPM*
*Human Resource Director*
*Camber Corporation*
*dwhitten@camber.com*



 25 years

The information contained in this email message, including any attachments, is for the sole use of the intended recipients(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If

1

