# EXHIBIT H

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (09/09/14) |
| **Date:** | Tuesday, September 09, 2014 1:13:40 PM |
| **Attachments:** | Camber IT Budget FY14 v20.xls |
| | PM-090914 DCIO.doc |
| | DOJ EOIR ORG STRUCTURE FY14_v18.vsd |

Agenda and supporting docs for today's Program Review meeting are attached.

Thanks.

Atif

Atif Khalil
Program Manager
Avaya Government Solutions
atif.khalil@usdoj.gov
Ph 703 756-013
Cell 571 245-4712



## DCIO-PM Weekly
### Program Level - Business Administration

**Administration:**
- o FY14 Budget – ver 20
- o FY14 Org Chart – ver 18
- o Staffing
  - Resignations – Ashok Pai (10/31/14)
  - Departures – None
  - On-board – Serge G (9/8)
  - Upcoming Absences (Key Personnel)
    - Joe Barbaretta: 10/10 (1 day); 11/28 (1 day); 12/22 – 12/29 (5 days)
    - Salam Khan: 10/09 – 10/17 (6 days)
    - Nan Li: 12/26 – 1/2 (5 days)
  - Training – None
  - Risks/Issues
    - None
  - Requests/General
    - None

**Recruitment / Hiring / On-boarding activities:**
- o Tester (Hang's backfill) ISE2 $68.43
  - Emita Choudhury selected ISE3 $81.48 (6+ years of testing experience)
- o .NET Dev (Srini's backfill)
  - Interviewing candidates
- o .NET/SP Dev (Ashok's backfill)
  - Opening req

**EOIR Security:**
- o None

**Program:**
- o None

Confidential – Business Sensitive Information

Atif Khalil
3/22/2018

| From: | Khalil, Atif (EOIR) |
|---|---|
| To: | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| Cc: | Curtis, Debra (EOIR) (CTR) |
| Subject: | Weekly Program Review Meeting (09/16/14) |
| Date: | Tuesday, September 16, 2014 9:02:35 AM |
| Attachments: | DOJ EOIR ORG STRUCTURE FY14_v18.vsd |
| | PM-091614 DCIO.doc |
| | Camber IT Budget FY14 v20.xls |

Agenda and supporting docs for today's Program Review meeting are attached.

Thanks,

Atif

Atif Khalil
Program Manager
Avaya Government Solutions
atif.khalil@usdoj.gov
Off: 703-756-8121
Cell: 571-216-4712

# DCIO-PM Weekly
## Program Level - Business Administration

- **Administration:**
  - FY14 Budget – ver 20
  - FY14 Org Chart – ver 18
  - Staffing
    - Resignations – None
    - Departures – None
    - On-board – None
    - Upcoming Absences (Key Personnel)
      - Atif Khalil: 9/19 (1 day)
      - Joe Barbaretta: 10/10 (1 day); 11/28 (1 day); 12/22 – 12/29 (5 days)
      - Salam Khan: 10/09 – 10/17 (6 days)
      - Nan Li: 9/23 (1 day); 12/26 – 1/2 (5 days)
      - Steve Hodskins: 10/30 – 11/4 (4 days); 11/7-11/10 (2 days)
    - Training – None
    - Risks/Issues
      - RTS / Out of cycle releases
    - Requests/General
      - None
- **Recruitment / Hiring / On-boarding activities:**
  - Tester (Hang's backfill) ISE2 $68.43
    - Emita Choudhury selected ISE3 $81.48
  - .NET Dev (Srini's backfill) ISA3 $135.09
    - Bhavana Bhaumik selected ISA1 $104.53
  - .NET/SP Dev (Ashok's backfill)
    - Interviewing candidates
- **EOIR Security:**
  - None
- **Program:**
  - None

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (09/23/14) |
| **Date:** | Tuesday, September 23, 2014 1:23:08 PM |
| **Attachments:** | PM-092314 DCIO.doc |
| | Camber IT Budget FY14 v20.xls |
| | DOJ EOIR ORG STRUCTURE FY14 v18.vsd |

Agenda and supporting docs for today's Program Review meeting are attached

Thanks,

Atif

Atif Khalil
Program Manager
Aneah Government Solutions
atif.khalil@usdoj.gov
Off: 703-756-8102
Cell: 571-216-4712

## DCIO-PM Weekly
### Program Level - Business Administration

**Administration:**
- o FY14 Budget – ver 20
- o FY14 Org Chart – ver 18
- o Staffing
  - ▪ Resignations – None
  - ▪ Departures – None
  - ▪ On-board – None
  - ▪ Upcoming Absences (Key Personnel)
    - • Joe Barbaretta: 10/10 (1 day); 11/28 (1 day); 12/22 – 12/29 (5 days)
    - • Salam Khan: 10/09 – 10/17 (6 days)
    - • Nan Li: 9/23 (1 day); 12/26 – 1/2 (5 days)
    - • Steve Hodskins: 10/30 – 11/4 (4 days); 11/7-11/10 (2 days)
  - ▪ Training – 4 day TOGAF architecture class for Joe
  - ▪ Risks/Issues - none
  - ▪ Requests/General
    - • Kashif's schedule until end of October: 6:30am-2pm + 1 hr work from home

☐ **Recruitment / Hiring / On-boarding activities:**
- o Tester (Hang's backfill) ISE2 $68.43
  - ▪ Emita Choudhury selected ISE3 $81.48
- o .NET Dev (Srini's backfill) ISA3 $135.09
  - ▪ Bhavana Bhaumik selected ISA1 $104.53
- o .NET/SP Dev (Ashok's backfill)
  - ▪ Interviewing candidates

☐ **EOIR Security:**
- o None

☐ **Program:**
- o Artifacts for end of Dev (TEMP and Code Baseline/Freeze)

Confidential – Business Sensitive Information

Atif Khalil
3/22/2018

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (09/30/14) |
| **Date:** | Tuesday, September 30, 2014 11:50:01 AM |
| **Attachments:** | DOJ EOIR ORG STRUCTURE FY14_v18.vsd |
| | Camber IT Budget FY14 v20.xls |
| | Camber IT Budget FY15 v1.xls |
| | PM-093014 DCIO.doc |

Agenda and supporting docs for today's Program Review meeting are attached.
Thanks.
Atif

Atif Khalil
Program Manager
Avaya Government Solutions
atif.khalil@usdoj.gov
Off: 703-756-5121
Cell: 571-216-8712

## DCIO-PM Weekly
### Program Level - Business Administration

**Administration:**
- o FY14 Budget – ver 20
- o FY15 Budget – ver 1
- o FY14 Org Chart – ver 18
- o Staffing
  - Resignations – Dipak Mistry (10/03/14) – part-time support?
  - Departures – None
  - On-board – None
  - Upcoming Absences (Key Personnel)
    - Joe Barbaretta: 10/10 (1 day); 11/28 (1 day); 12/22 – 12/29 (5 days)
    - Karen Aragon: 10/10 (1 day)
    - Salam Khan: 10/09 – 10/17 (6 days)
    - Nan Li: 9/23 (1 day); 12/26 – 1/2 (5 days)
    - Steve Hodskins: 10/30 – 11/4 (4 days); 11/7-11/10 (2 days)
    - Atif Khalil: 12/26 – 1/2 (5 days)
  - Training – 1 day Cognos workshop (10/1/14)
  - Risks/Issues – Ashok's departure on 10/31/14
  - Requests/General
    - Kashif's schedule until end of October: 6:30am-2pm + 1 hr work from home
    - Serge's clearance question / assignments

**Recruitment / Hiring / On-boarding activities:**
- o Tester (Hang's backfill) ISE2 $68.43
  - Emita Choudhury selected ISE3 $81.48
- o .NET Dev (Srini's backfill) ISA3 $135.09
  - Bhavana Bhaumik selected ISA1 $104.53
- o .NET/SP Dev (Ashok's backfill)
  - Interviewing candidates
- o Automation Tester (Dipak's backfill)
  - Opened req

**EOIR Security:**
- o eQIP access issue

**Program:**
- o Artifacts for end of Dev (TEMP and Code Baseline/Freeze)

Confidential – Business Sensitive Information

Atif Khalil
3/22/2018

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (10/07/14) |
| **Date:** | Tuesday, October 07, 2014 10:52:29 AM |
| **Attachments:** | PM-100714 DSD.doc |
| | Camber IT Budget FY14 v21.xls |
| | Camber IT Budget FY15 v1.xls |
| | DOJ EOIR ORG STRUCTURE FY15_v1.vsd |

Agenda and supporting docs for today's Program Review meeting are attached.

Thanks.

Atif

Atif Khalil
Program Manager
Avaya Government Solutions
atif.khalil@usdoj.gov
Off: 703-756-8121
Cell: 571-216-4712

## DCIO-PM Weekly
### Program Level - Business Administration

Administration:
- o FY14 Budget – ver 21
- o FY15 Budget – ver 1
- o FY15 Org Chart – ver 1
- o Staffing
  - Resignations – None
  - Departures – None
  - On-board – None
  - Upcoming Absences (Key Personnel)
    - Joe Barbaretta: 10/10 (1 day); 10/27 – 10/30 (4 days); 11/28 (1 day); 12/22 – 12/29 (5 days)
    - Robert Jumblatt: 10/06 – 10/17 (10 days)
    - Karen Aragon: 10/10 (1 day)
    - Salam Khan: 09/29 – 10/08 (8 days)
    - Nan Li: 9/23 (1 day); 12/26 – 1/2 (5 days)
    - Steve Hodskins: 10/30 – 11/4 (4 days); 11/7-11/10 (2 days)
    - Atif Khalil: 12/26 – 1/2 (5 days)
  - Training – None
  - Risks/Issues – None
  - Requests/General  - None

☐ **Recruitment / Hiring / On-boarding activities:**
- o Tester (Hang's backfill) ISE2 $68.43
  - Emita Choudhury selected ISE3 $81.48
- o .NET Dev (Srini's backfill) ISA3 $135.09
  - Bhavana Bhaumik selected ISA1 $104.53
- o .NET/SP Dev (Ashok's backfill)
  - Interviewing candidates
- o Automation Tester (Dipak's backfill)
  - Interviewing candidates

☐ **EOIR Security:**
- o None

☐ **Program:**
- o Resource changes
  - Serge AD PTR
  - Salam DAR Upgrade; Util Server Upgrade; MC Support

Confidential – Business Sensitive Information

Atif Khalil
3/22/2018

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (10/14/14) |
| **Date:** | Tuesday, October 14, 2014 12:14:05 PM |
| **Attachments:** | Camber IT Budget FY15 v2.xls<br>PM-101414 DSD.doc<br>DOJ EOIR ORG STRUCTURE FY15_v2.vsd |

Agenda and supporting docs for today's Program Review meeting are attached.

Thanks.

Atif

Atif Khalil
Program Manager
Avaya Government Solutions
atif.khalil@usdoj.gov
Off: (703) 305-4191
Cell: (727) 238-3792

## DSD-PM Weekly
### Program Level - Business Administration

**Administration:**
- o FY15 Budget – ver 2
- o FY15 Org Chart – ver 2
- o Staffing
  - Resignations – None
  - Departures – None
  - On-board – None
  - Upcoming Absences (Key Personnel)
    - Joe Barbaretta: 10/27 – 10/30 (4 days); 11/28 (1 day); 12/22 – 12/29 (5 days)
    - Nan Li: 12/26 – 1/2 (5 days)
    - Steve Hodskins: 10/30 – 11/4 (4 days); 11/7-11/10 (2 days)
    - Atif Khalil: 12/26 – 1/2 (5 days)
  - Training – None
  - Risks/Issues – None
  - Requests/General  - None

**Recruitment / Hiring / On-boarding activities:**
- o Tester (Hang's backfill) ISE2 $68.43
  - Emita Choudhury selected ISE3 $81.48
- o .NET Dev (Srini's backfill) ISA3 $135.09
  - Bhavana Bhaumik selected ISA1 $104.53
- o .NET/SP Dev (Ashok's backfill)
  - Interviewing candidates
- o Automation Tester (Dipak's backfill)
  - Interviewing candidates

**EOIR Security:**
- o None

**Program:**
- o None

Confidential – Business Sensitive Information

Atif Khalil
3/22/2018

| From: | Khalil, Atif (EOIR) |
|---|---|
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (10/21/14) |
| **Date:** | Tuesday, October 21, 2014 11:54:54 AM |
| **Attachments:** | PM-102114 DSD.doc |
| | Camber IT Budget FY15 v3.xls |
| | DOJ EOIR ORG STRUCTURE FY15_v3.vsd |

Agenda and supporting docs for today's Program Review meeting are attached.

Thanks.

Atif

Atif Khalil
Program Manager
Avaya Government Solutions
atif.khalil@usdoj.gov
Off: 703-705-9121
Cell: 571-218-4712

## DSD-PM Weekly
### Program Level - Business Administration

**Administration:**
- ○ FY15 Budget – ver 3
- ○ FY15 Org Chart – ver 3
- ○ Staffing
    - Resignations – None
    - Departures – Robert Jumblatt (10/14/14)
    - On-board – None
    - Upcoming Absences (Key Personnel)
        - Joe Barbaretta: 10/27 – 10/30 (4 days); 11/28 (1 day); 12/22 – 12/29 (5 days)
        - Nan Li: 12/26 – 1/2 (5 days)
        - Steve Hodskins: 10/24 (1 day); 10/30 – 11/4 (4 days); 11/7-11/10 (2 days)
        - Atif Khalil: 12/26 – 1/2 (5 days)
    - Training – None
    - Risks/Issues – None
    - Requests/General - None

**Recruitment / Hiring / On-boarding activities:**
- ○ Tester (Hang's backfill) ISE2 $68.43
    - Emita Choudhury selected ISE3 $81.48
- ○ .NET Dev (Srini's backfill) ISA3 $135.09
    - Bhavana Bhaumik selected ISA1 $104.53
- ○ .NET/SP Dev (Ashok's backfill)
    - Interviewing candidates
- ○ .NET/SP Dev (Robert's backfill)
    - Interviewing candidates
- ○ Automation Tester (Dipak's backfill)
    - Interviewing candidates

**EOIR Security:**
- ○ Bhavana Bhaumik (10/14/14)
- ○ Emita Choudhury (10/14/14)

**Program:**
- ○ R&A Support resource

Confidential – Business Sensitive Information

Atif Khalil
3/22/2018

| From: | Khalil, Atif (EOIR) |
|---|---|
| To: | Ann, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| Cc: | Curtis, Debra (EOIR) (CTR) |
| Subject: | Weekly Program Review Meeting (10/28/14) |
| Date: | Tuesday, October 28, 2014 11:48:38 AM |
| Attachments: | Camber IT Budget FY15 v3.xls |
| | PM-102814 DSD.doc |
| | DOJ EOIR ORG STRUCTURE FY15_v3.vsd |

Agenda and supporting docs for today's Program Review meeting are attached.

Thanks,

Atif

Atif Khalil
Program Manager
Akira Government Solutions
atif.khalil@usdoj.gov
Off: 703-762-8320
Cell: 571-234-5271

## DSD-PM Weekly
### Program Level - Business Administration

- Administration:
  - ○ FY15 Budget – ver 3
  - ○ FY15 Org Chart – ver 3
  - ○ Staffing
    - ▪ Resignations – None
    - ▪ Departures – Ashok Pai (10/31/14)
    - ▪ On-board – None
    - ▪ Upcoming Absences (Key Personnel)
      - • Joe Barbaretta: 11/28 (1 day); 12/22 – 12/29 (5 days)
      - • Nan Li: 12/26 – 1/2 (5 days)
      - • Steve Hodskins: 10/24 (1 day); 10/30 – 11/4 (4 days); 11/7-11/10 (2 days)
      - • Atif Khalil: 12/26 – 1/2 (5 days)
    - ▪ Training – None
    - ▪ Risks/Issues – None
    - ▪ Requests/General  - None
- Recruitment / Hiring / On-boarding activities:
  - ○ Tester (Hang's backfill) ISE2 $68.43
    - ▪ Emita Choudhury selected ISE3 $81.48
  - ○ .NET Dev (Srini's backfill) ISA3 $135.09
    - ▪ Bhavana Bhaumik selected ISA1 $104.53
  - ○ .NET/SP Dev (Ashok's backfill)
    - ▪ Interviewing candidates
  - ○ .NET/SP Dev (Robert's backfill)
    - ▪ Interviewing candidates
  - ○ Automation Tester (Dipak's backfill)
    - ▪ Interviewing candidates
- EOIR Security:
  - ○ Bhavana Bhaumik (10/14/14)
  - ○ Emita Choudhury (10/14/14)
- Program:
  - ○ R&A Support resource
  - ○ COTS initiative participation

Confidential -- Business Sensitive Information

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (11/04/14) |
| **Date:** | Tuesday, November 04, 2014 11:32:00 AM |
| **Attachments:** | DOJ EOIR ORG STRUCTURE FY15_v4.vsd |
| | Camber IT Budget FY15 v3.xls |
| | PM-110414 DSD.doc |

Agenda and supporting docs for today's Program Review meeting are attached.

Thanks.

Atif

Atif Khalil
Program Manager
Alaska Government Solutions
atif.khalil@usdoj.gov
Off. 703-724-4331
Cell. 571-216-4712

# DSD-PM Weekly
## Program Level - Business Administration

**Administration:**
- o FY15 Budget – ver 3
- o FY15 Org Chart – ver 4
- o Staffing
  - Resignations – None
  - Departures – Ashok Pai (10/31/14)
  - On-board – None
  - Upcoming Absences (Key Personnel)
    - Joe Barbaretta: 11/28 (1 day); 12/8  12/11 (4 days); 12/22 – 12/29 (5 days)
    - Nan Li: 12/26 – 1/2 (5 days)
    - Steve Hodskins: 11/7-11/10 (2 days); 11/24 – 11/25 (2 days)
    - Atif Khalil: 12/26 – 1/2 (5 days)
    - Sudhakar N: 11/14 – 11/18 (3 days)
  - Training – None
  - Risks/Issues – None
  - Requests/General  - Robert Dennis' CLIN increase

**Recruitment / Hiring / On-boarding activities:**
- o Tester (Hang's backfill) ISE2 $68.43
  - Emita Choudhury selected ISE3 $81.48
- o .NET Dev (Srini's backfill) ISA3 $135.09
  - Bhavana Bhaumik selected ISA1 $104.53
- o .NET/SP Dev (Ashok's backfill)
  - Interviewing candidates
- o .NET/SP Dev (Robert's backfill)
  - Interviewing candidates
- o Automation Tester (Dipak's backfill)
  - Interviewing candidates

**EOIR Security:**
- o Bhavana Bhaumik (10/14/14)
- o Emita Choudhury (10/14/14)

**Program:**
- o None

Confidential – Business Sensitive Information

Atif Khalil
3/22/2018

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (12/16/14) |
| **Date:** | Tuesday, December 16, 2014 9:53:34 AM |
| **Attachments:** | PM-121614 DSD.doc |
| | Camber IT Budget FY15 v6.xls |
| | DOJ EOIR ORG STRUCTURE FY15_v5.vsd |

Agenda and supporting docs for today's Program Review meeting are attached.
Thanks,
Atif
--
Atif Khalil
Program Manager – Camber Corporation
Executive Office for Immigration Review (EOIR)
Information Resources Management (IRM)
atif.khalil@usdoj.gov
Off: 703-756-8121
Cell: 571-216-4712

## DSD-PM Weekly
### Program Level - Business Administration

**Administration:**
- o FY15 Budget – ver 6
- o FY15 Org Chart – ver 5
- o Staffing
  - Resignations – Ryan Bakshi (12/18)
  - Departures – Hang 12/5/14
  - On-board – Emita 12/1/14
  - Upcoming Absences (Key Personnel)
    - Joe Barbaretta: 12/22 – 12/29 (5 days)
    - Nan Li: 12/18 – 12/26 (6 days)
    - Atif Khalil: 1/2 (1 day)
    - Ana Arranz: 12/26 – 12/31 (4 days)
  - Training – Karen Cognos Workshop 12/17
  - Risks/Issues – None
  - Requests/General  - None

**Recruitment / Hiring / On-boarding activities:**
- o Tester (Ryan's backfill)
  - Interviewing candidates
- o .NET/SP Dev (Ashok's backfill)
  - Saritha Prathipati selected (ISA3)
- o .NET/SP Dev (Robert's backfill)
  - Interviewing candidates
- o Automation Tester (Dipak's backfill) - ISA2 $119.15
  - Pradip Ghosh selected ISA1 $106.62

**EOIR Security:**
- o Saritha Prathipati (11/12/14)
- o Pradip Ghosh (11/25/14)

**Program:**
- o Meeting w/ Neil Kronimus

Confidential – Business Sensitive Information

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (12/23/14) |
| **Date:** | Tuesday, December 23, 2014 11:13:20 AM |
| **Attachments:** | DOJ EOIR ORG STRUCTURE FY15_v6.vsd |
| | Camber IT Budget FY15 v6.xls |
| | PM-122314 DSD.doc |

Agenda and supporting docs for today's Program Review meeting are attached.
Thanks,
Atif

--

Atif Khalil

Program Manager – Camber Corporation

Executive Office for Immigration Review (EOIR)

Information Resources Management (IRM)

atif.khalil@usdoj.gov

Off: 703-756-8121

## DSD-PM Weekly
### Program Level - Business Administration

**Administration:**
- FY15 Budget – ver 6
- FY15 Org Chart – ver 6
- Staffing
  - Resignations – None
  - Departures – Ryan B (12/18)
  - On-board – None
  - Upcoming Absences (Key Personnel)
    - Joe Barbaretta: 12/22 – 12/29 (5 days)
    - Nan Li: 12/18 – 12/26 (6 days)
    - Atif Khalil: 1/2 (1 day)
    - Ana Arranz: 12/26 – 12/31 (4 days)
  - Training – None
  - Risks/Issues – None
  - Requests/General  - None

**Recruitment / Hiring / On-boarding activities:**
- Tester (Ryan's backfill)
  - Interviewing candidates
- .NET/SP Dev (Ashok's backfill)
  - Saritha Prathipati selected (ISA3)
- .NET/SP Dev (Robert's backfill)
  - Interviewing candidates – offer extended
- Automation Tester (Dipak's backfill) - ISA2 $119.15
  - Pradip Ghosh selected ISA1 $106.62

**EOIR Security:**
- Saritha Prathipati (11/12/14)
- Pradip Ghosh (11/25/14)

**Program:**
- Meeting w/ Neil Kronimus

Confidential – Business Sensitive Information

Atif Khalil
3/22/2018

| | |
|---|---|
| **From:** | Khalil, Atif (EOIR) |
| **To:** | Ahn, Kate (EOIR); Myatt, Howard (EOIR); Fruehwald, David (EOIR) |
| **Cc:** | Curtis, Debra (EOIR) (CTR) |
| **Subject:** | Weekly Program Review Meeting (04/28/15) |
| **Date:** | Tuesday, April 28, 2015 8:56:04 AM |
| **Attachments:** | DOJ EOIR ORG STRUCTURE FY15 v12.vsd |
| | Camber IT Budget FY15 v14.xls |
| | PM-042815 DSD.doc |

Agenda and supporting docs for today's Program Review meeting are attached.

Thanks,
Atif

--
Atif Khalil
Program Manager – Camber Corporation
Executive Office for Immigration Review (EOIR)
Information Resources Management (IRM)
atif.khalil@usdoj.gov<mailto:atif.khalil@usdoj.gov>
Off: 703-756-8121

## DSD-PM Weekly
### Program Level - Business Administration

Administration:
- o   FY15 Budget – ver 14
- o   FY15 Org Chart – ver 12
- o   Staffing
  - ▪ Resignations
    - • Jyoti Sinha (05/08/15)
    - • Robert Dennis (06/30/15)
    - • Chris Town (tentative)
  - ▪ Departures
    - • Bhavana Bhaumik (04/17/15)
    - • Karen Aragon (04/30/15)
  - ▪ On-board – Peter Chu (04/20/15)
  - ▪ Upcoming Absences (Key Personnel)
    - • Steve H: 05/04 – 05/08 (5 days)
    - • Aravind N: 06/29 – 7/14 (11 days)
    - • Joe Barbaretta: 4/3 – 4/10 (6 days)
    - • Sudhakar N: 06/08 – 06/19 (10 days)
    - • Atif K: 05/05 (1 day); 07/17 – 07/24 (6 days)
    - • Serge G: 07/15 – 07/31 (13 days)
  - ▪ Training - None
  - ▪ Risks/Issues – None
  - ▪ Requests/General - None

☐ **Recruitment / Hiring / On-boarding activities:**
- o   .NET Dev (Bhavana's backfill) ISA1 $106.62
  - ▪ Getachew Mekonnen selected (ISA2 $119.15)
- o   .NET Dev (Robert Dennis' backfill)
  - ▪ Interviewing candidates
- o   .NET Dev (Chris' backfill)
  - ▪ Interviewing candidates
- o   BI Lead (Karen Aragon's backfill)
  - ▪ Interviewing candidates
- o   Cognos Developer (Detail to OPA)
  - ▪ Interviewing candidates
- o   SP Designer (Alan's backfill) ISE4 $96.04
  - ▪ Jennifer Mento selected (ISE3 $83.12)
- o   Automation Tester (Pradip's backfill ISA1 – performance issues)
  - ▪ Kochee Kan selected ISA1
- o   ColdFusion Developer (Jyoti's backfill)
  - ▪ Req opened

☐ **EOIR Security:**
- o   Getachew Mekonnen (pending)

☐ **Program:**
- o   None

Confidential – Business Sensitive Information