# EXHIBIT I


EXHIBIT
2-MYATT
Planet Depos, LLC



# U.S. Department of Justice

Executive Office for Immigration Review

*Office of the General Counsel*

*5107 Leesburg Pike, Suite 2600*
*Falls Church, Virginia 22041*

March 23, 2018

**BY ELECTRONIC MAIL**

Jeffrey Stern
EEOC Sr. Trial Attorney
EEOC Cleveland Field Office
1240 E. 9th Street, Ste. 3001
Cleveland, OH 44199
Jeffrey.Stern@eeoc.gov

      Re: Agency Responses to EEOC Subpoena in *EEOC v. Camber Corp.* (1:17cv1084 (AJT/JFA))

Dear Mr. Stern:

This letter is in response to your Subpoena duces tecum you served on March 16, 2018 seeking documentation in the possession of EOIR employee Howard Myatt, Applications Development Chief. This is in connection with your request to call Mr. Myatt as a witness in the above referenced.

The responsive documents are arranged as described below. A brief explanation concerning each category of requested documents is below. Mr. Myatt's certification is also included.

Please note that the word documents that provide meeting minutes contained a macro that automatically inputted the date the document was opened. I was unable to revert the macro to the original date, and I did not want to alter the documents before providing them to you. Accordingly, each meeting note bears the date of March 22, 2018, the date I converted the documents to a pdf. The documents are organized chronologically instead of by document type.

1. DCIO-PM Weekly(ies) agendas, minutes or notes, referencing or mentioning Ashok Pai or Ashok, including Ashok's resignation, departure and backfill.

2. DCIO-PM Weekly(ies) agendas, minutes or notes, referencing or mentioning Saritha Prathipati as Ashok Pai's or Ashok's backfill.

3. DCIO-PM Weekly(ies) agendas, minutes or notes, referencing or mentioning Peter Chu.

In response to each of these three requests, the Agency is providing e-mails from Atif Khalil sent to Mr. Myatt and other EOIR employees that contained agendas and supporting documents for Program Review meetings for the following dates:

- September 9, 2014;
- September 16, 2014;
- September 23, 2014;
- September 30, 2014;
- October 7, 2014;
- October 14, 2014;
- October 28, 2014;
- November 4, 2014;
- December 16, 2014;
- December 24, 2014; and
- April 28, 2015

The Agency is also providing the agendas that were included as one of several attachments that Mr. Khalil had included on the above e-mails. The other attachments are not responsive to the document request and have not been included. As noted above, the documents contained a date macro, and as the Agency did not want to alter the documents, each agenda contains a date of March 22, 2018. The date of the meeting is found in the file name, which the Agency did not change, and corresponds to the e-mails. Agendas are provided for the following dates:

- September 9, 2014;
- September 16, 2014;
- September 23, 2014;
- September 30, 2014;
- October 7, 2014;
- October 14, 2014;
- October 28, 2014;
- November 4, 2014;
- December 16, 2014;
- December 24, 2014; and
- April 28, 2015

The e-mails and agendas are organized together by date.

4. Contract or other provisions, including provisions in the Statement of Work, regarding place of performance and exceptions or changes thereto, under Camber's contract for services at your EOIR facility in Falls Church, Virginia.

The Agency has provided the Statement of Work, dated September 2011.

5. Contract or other provisions, regarding labor categories applicable to the work performed

2

by Ashok Pai, performed by Saritha Prathipati and performed by Peter Chu, under Camber's contract for services at your EOIR facility in Falls Church, Virginia, including labor categories ISA 3 and ISA 2.

The Agency has provided a document entitled from Avaya Government Solutions, Inc. that contains the requested information.

Please let me know if you have any questions. You may contact me at (703) 605-4955 or at dina.finkel@usdoj.gov. As discussed, my colleague Maria Coleman will accompany Mr. Myatt to the deposition on March 28, 2018, at the time and location noted in your March 16, 2018 e-mail. Please include Ms. Coleman on any further communication at Maria.Coleman@usdoj.gov or at (703) 756-8426.

Sincerely,

Dina Finkel
Associate General Counsel
Employee/Labor Relations Unit