# EXHIBIT J

# Executive Office for Immigration Review

# Information Resources Management

# STATEMENT OF WORK

# eWorld Program Management – Software Development, System Maintenance, and Application Modernization



## September 2011

Task Order DJJ10-F-2053
Modification 0008
Attachment 1



**AVAYA GOVERNMENT SOLUTIONS**

AUTHORIZED FEDERAL SUPPLY SERVICE

INFORMATION TECHNOLOGY SCHEDULE PRICELIST

GENERAL PURPOSE COMMERCIAL INFORMATION

TECHNOLOGY EQUIPMENT, SOFTWARE AND SERVICES

**Avaya Government Solutions Inc.**

12730 Fair Lakes Circle, Fairfax, VA 22033

703-653-8000 voice

703-653-1923 facsimile

http://www.avayagov.com

**Contract Number: GS-35F-4366G**

**Period Covered by Contract:**

**November 27, 1996 to March 31, 1999, Extended through November 26, 2012**

**Pricelist is current through Modification PO-0038, dated August 16, 2010**

**General Services Administration**

**Federal Supply Service**

Products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA Advantage! System. Agencies can browse GSA Advantage! By accessing the Federal Supply Service's Home Page via the Internet at http://www.fss.gsa.gov/.

Avaya Government Solutions Inc.

## Labor Categories

| Minimum/General Experience | Functional Responsibility | Minimum Education * |
|---|---|---|
| **1. Functional Expert** | | |
| Fifteen years of experience in the analysis, management, design, implementation, and/or operation of complex information systems. Requires recognition as an authority/expert in a management or technology segment of the information systems industry. | Provide expert consulting, guidance, and advice in strategic technology, organizational, or business process issues. | MS or BS |
| **2. Program Manager** | | |
| Twelve years of experience in the management of information system programs. Requires the ability to manage multiple project/task, multi-year program involving the analysis, design, implementation, or operation of information systems. | Provide overall management, technical guidance, and interface to Government program manager. Responsible for deliverable quality and integrity of the final work product on large information system programs. | MS or BS |
| **3. Project Manager** | | |
| Ten years of experience in the management of information system projects. Requires the ability to manage and direct the technical activities of a complex analysis, design, implementation, or operations project. | Provide management, technical guidance, interface to Government project manager. Responsible for deliverable quality on information system projects. | BA/BS; experience may be considered as a substitute for degree |
| **4. Information Systems Analyst III** | | |
| Ten years of experience and extensive technical expertise in computer system analysis, engineering, or software. Facile with advanced analysis techniques, software engineering methodologies, or management approaches. Requires the ability to independently produce technical products/ deliverables, maintain responsibility for task management, and direct staff activities at all levels. | Conducts design, technical alternatives, management analyses, or business process redesign efforts. Leads system integration, hardware configuration, or software development efforts. Leads operations and maintenance staff. | BA/BS; experience may be considered as a substitute for degree |
| **5. Information Systems Analyst II** | | |
| Eight years of experience and advanced technical expertise in computer system analysis, engineering, or software. Familiar with analysis tools and techniques, operations strategies, or software engineering methodologies. Requires the ability to independently produce technical products/deliverables and manage staff. | Conducts design, technical alternatives, and management analyses, or supports business process redesign efforts. Takes responsibility for significant portions of system integration, hardware configuration, or software development efforts. Assists in leading operations and maintenance staff. | BA/BS; experience may be considered as a substitute for degree |
| **6. Information Systems Analyst I** | | |
| Seven years of experience and technical expertise in computer system design, analysis, engineering, or software. Requires the ability to produce technical products/deliverables and direct the activities of junior staff. | Conducts design, technical alternatives, and management analyses. Performs major role in system integration, hardware configuration, or software development efforts. Guides operations and maintenance staff. | BA/BS; AS with equivalent experience |

* Experience/professional certification may be considered as a substitute for degree; an advanced degree/ professional certification may be considered as a substitute for experience.

Avaya Government Solutions Inc.

## Labor Rates

### Option Period 2 (11/27/2007 – 11/26/2012)

| Labor Category | 11/27/07-11/30/08 | 12/1/08–11/30/09 | 12/1/09–11/30/10 | 12/1/10–11/30/11 | 12/1/11–11/30/12 |
|---|---|---|---|---|---|
| 1. Functional Expert | $204.85 | $213.87 | $223.28 | $233.10 | $243.36 |
| 2. Program Manager | $161.13 | $168.22 | $175.62 | $183.35 | $191.42 |
| 3. Project Manager | $143.40 | $149.71 | $156.30 | $163.18 | $170.36 |
| 4. Information Systems Analyst III | $131.69 | $137.48 | $143.53 | $149.85 | $156.44 |
| 5. Information Systems Analyst II | $113.87 | $118.88 | $124.11 | $129.57 | $135.27 |
| 6. Information Systems Analyst I | $101.89 | $106.38 | $111.06 | $115.94 | $121.05 |
| 7. Information Systems Engineer IV | $91.79 | $95.83 | $100.04 | $104.45 | $109.04 |
| 8. Information Systems Engineer III | $79.43 | $82.92 | $86.57 | $90.38 | $94.36 |
| 9. Information Systems Engineer II | $66.70 | $69.64 | $72.70 | $75.90 | $79.24 |
| 10. Information Systems Engineer I | $61.37 | $64.07 | $66.89 | $69.83 | $72.90 |
| 11. Information Systems Technician | $49.19 | $51.36 | $53.62 | $55.98 | $58.44 |
| 12. Administrative Staff | $39.29 | $41.01 | $42.82 | $44.70 | $46.67 |