# EXHIBIT K

10/01/2015 THU 17:20 FAX   ☒024/032

| From: | Myatt, Howard (EOIR) |
|---|---|
| To: | Khalil, Atif (EOIR) |
| Cc: | Fruchwald, David (EOIR) |
| Subject: | Replacement of Ashok Pal |
| Date: | Wednesday, October 01, 2014 9:41:59 AM |

Atif

Please proceed with replacement of Ashok Pal from the .Net team at the governments request.

Howard Myatt
Chief Application Development
Information Resource Management
Executive Office for Immigration Review
Howard.Myatt@usdoj.gov
Desk: (703)756-8111
Mobile: (703)593-4947



EEOC000032