# EXHIBIT L



## Citation # 12 (as appears in page 24 of Document)
**Id. at 59**

## QuoteCheck<sup>TM</sup> Report
**53 F.3d at 59**

### About your quote:
Your quote is different from the retrieved quote.

QuoteCheck <sup>TM</sup> Request: 53 F.3d at 59

**Your Quote:**

affirmative evidence that disability was **the** determining factor in the employer's decision.

[Id. at 59, 59]

**Retrieved Quote:**

affirmative evidence that disability was **a** determining factor in the employer's decision.

[4 Am. Disabilities Cas. (BNA) 589]
[1995 U.S. App. LEXIS 10761, 10]
[53 F.3d 55, 59]

---

**End of Document**

Jeffrey Stern