# EXHIBIT M



**Pai Ashok**     Talking Strategy, Results and Rewards 2013 Final Period     Review Period : 10/01/2012 - 09/30/2013

### Employee Information

**Leader:**

**Employee Name:** Pai Ashok

**Organization:**

**Position Title:**

**Review Period:** 10/01/2012 - 09/30/2013

### Overview

- This Evaluation Review Form is used during the discussion between the manager and employee. The manager will be able to make changes to the form during the meeting, but the employee will not.
- This form displays all evaluation input, which includes the employee's and manager's input.
- During the evaluation review meeting, be sure to discuss all the sections of this form. Establish a good rapport and encourage a dialogue.
- If you want the Employee to make changes to their BFACETs input, you will click the "Reopen" button TWICE. When you first click the "Reopen" button (either at the top of the page or the bottom) the form goes back to the Leader Evaluation step; then click "Reopen" again to allow the employee to add or edit their input. (They must "Submit" back to you for a final review and acceptance before the process can be closed.) If needed, goals can be added or revised by the employee by returning to the "Goal Setting" stage. These changes will also appear on the evaluation form.
- Once you make your changes and click the "Complete" button at the bottom of the year-end form it moves the form to the Employee Acknowledgement stage.

## Goals

**Instructions:**

**See above Overview Instructions**

---

**Employee Name:** Ashok Pai

**Leader's Rating of Employee:** Not Appropriate to Rate

**Goal**

**Leader's Comment:**

**Additional Information:**

**Measure:**

**Progress** Not Started

**Due Date** 9/30/2013

**Employee Progress Comments:**

Confidential     PAI AVAYA000005

Leader Progress Comments:

Employee Name: Ashok Pai

Goal

Additional Information:

Measure:

Progress Not Started

Due Date 9/30/2013

Employee Progress Comments:

Leader Progress Comments:

Leader's Rating of Employee: Not Appropriate to Rate

Leader's Comment:

## Behaviors

Instructions:
See instructions above.

**BOLD**
**Customer Focus**

Behaviors:
Is dedicated to meeting the expectation and requirements of internal and external customers. Gets first-hand customer information and uses it for improvements in products and services. Acts with customer in mind. Establishes and maintains effective relationships with customers and gains their trust and respect.

Employee's Self Rating: 3 Good/OK

Leader's Rating of Employee: 3 Good/OK

**Creativity**

Behaviors:
Comes up with a lot of new ideas. Easily makes the connections among previously unrelated notions. Trends to be seen as original and value-adding in brainstroming settings.

Employee's Self Rating: 4 Consistently Strong

Leader's Rating of Employee: 3 Good/OK

**Standing Alone**

Behaviors:
Will stand up and be counted; doesn't shirk personal responsibility; can be counted on when times are tough; willing to be the only champion for an idea or position; is comfortable working alone on a tough assignment.

Employee's Self Rating: 3 Good/OK

Leader's Rating of Employee: 3 Good/OK

**FACT-BASED**
**Problem Solving**

Behaviors:
Uses rigorous logic and methods to solve difficult problems with effective solutions. Probes all fruitful sources for answers. Can see hidden problems. Is excellent at honest analysis. Looks beyond the obvious and doesn't stop at the first answers.

Employee's Self Rating: 4 Consistently Strong

Leader's Rating of Employee: 3 Good/OK

**Business Accume**

Behaviors:
Knows how businesses work. Knowledgeable in current and possible future policies, practices, trends, technology, and information affecting the business and organization. Knows the competition. Is aware of how strategies and tactics work in the marketplace.

Employee's Self Rating: 5 Role Model

Leader's Rating of Employee: 4 Consistently Strong

**AGILE**
**Intellectual Horsepower**

Behaviors:
Thinks things through. Does not let emotions or impatience get in the way of careful consideration. Deals with concepts and complexity comfortably.

Employee's Self Rating: 4 Consistently Strong

Confidential

PAI AVAYA000006

| | |
|---|---|
| **Learning on the Fly** | **Leader's Rating of Employee:** 4 Consistently Strong |
| Behaviors: | |
| Learns quickly when facing new problems. A relentless and versatile learner. | **Employee's Self Rating:** 4 Consistently Strong |
| Open to change. Analyzes both successes and failures for clues to improvement. Experiments and will try anything to find solutions. | |
| Enjoys the challenge of unfamiliar tasks. Quickly grasps the essence and the underlying structure of | **Leader's Rating of Employee:** 3 Good/OK |
| **CROSS-ORGANIZATIONALLY EFFECTIVE** | |
| **Interpersonal Savvy** | |
| Behaviors: | **Employee's Self Rating:** 3 Good/OK |
| Relates well to all kinds of people -- up, down, and sideways, inside and outside the organization. Builds appropriate rapport. Builds constructive and effective relationships. Uses diplomacy and tact. Can defuse even high-tension situations comfortably. | |
| | **Leader's Rating of Employee:** 4 Consistently Strong |
| **Conflict Management** | |
| Behaviors: | **Employee's Self Rating:** 4 Consistently Strong |
| Steps up to conflicts, seeing them as opportunities; reads situations quickly; good at focused listening; can hammer out tough agreements and settle disputes equitably; can find common ground and get cooperation with minimum noise. | |
| | **Leader's Rating of Employee:** 4 Consistently Strong |
| **EMPOWERED** | |
| **Action Oriented** | |
| Behaviors: | **Employee's Self Rating:** 3 Good/OK |
| Enjoys working hard. Full of energy for the things seen as challenging. Not fearful of acting with a minimum of planning. Seizes more opportunities than others. | |
| | **Leader's Rating of Employee:** 3 Good/OK |
| **Drive for Results** | |
| Behaviors: | **Employee's Self Rating:** 3 Good/OK |
| Can be counted on to exceed goals successfully. Is constantly and consistently a strong performer. Very bottom-line oriented. Steadfastly pushes self and others for results. | |
| | **Leader's Rating of Employee:** 3 Good/OK |
| **TRANSPARENT** | |
| **Integrity and Trust** | |
| Behaviors: | **Employee's Self Rating:** 4 Consistently Strong |
| Is widely trusted. Is seen as a direct, truthful individual. Can present the unvarnished truth in an appropriate and helpful manner. Keeps confidences. Admits mistakes. | |
| Doesn't misrepresent him/herself for personal gain. | **Leader's Rating of Employee:** 4 Consistently Strong |
| **Informing** | |
| Behaviors: | **Employee's Self Rating:** 4 Consistently Strong |
| Provides the information people need to know to do their job and to feel good about being a member of the team, unit, and/or organization. | |
| Provides individuals information so that they can make accurate decisions. Is timely with information. | **Leader's Rating of Employee:** 4 Consistently Strong |

**Overall**

Instructions:

See instructions above.

**Employee Comments:**

**Leader's Overall:** Successful Relative Contribution

**Employee: Leader Comments:** Ashok has worked on the Attorney Discipline project and the Single Sign-on project. In addition, he worked on an Avaya Gov's internal SharePoint project and worked on creating a team collaboration SharePoint site for the program. Ashok has good understanding of the SharePoint out-of-box solution. He was able to create a proof-concept site in a very short timeframe. In the next year, we

Confidential    PAI AVAYA000007

| | would like to see Ashok to extend his intellectual powers into areas beyond SharePoint and play more senior leadership roles in the SharePoint/.Net team. |
|---|---|

Return

Confidential                                                                                                                    PAI AVAYA000008



Engage The Power of We

**Pai Ashok**                   Talking Strategy, Results and Rewards 2013 Mid Year Period         Review Period : 10/01/2012 - 03/31/2013

### Employee Information

**Leader:**

**Employee Name:** Pai Ashok

**Position Title:**

**Organization:**

**Review Period:** 10/01/2012- 03/31/2013

### Overview

- This Evaluation Review Form is used during the discussion between the manager and employee. The manager will be able to make changes to the form during the meeting, but the employee will not.
- This form displays all evaluation input, which includes the employee's and manager's input.
- During the evaluation review meeting, be sure to discuss all the sections of this form. Establish a good rapport and encourage a dialogue.
- If you want the Employee to make changes to their BFACETs input, you will click the "Reopen" button TWICE. When you first click the "Reopen" button (either at the top of the page or the bottom) the form goes back to the Leader Evaluation step; then click "Reopen" again to allow the employee to add or edit their input. (They must "Submit" back to you for a final review and acceptance before the process can be closed.) If needed, goals can be added or revised by the employee by returning to the "Goal Setting" stage. These changes will also appear on the evaluation form.
- Once you make your changes and click the "Complete" button at the bottom of the year-end form it moves the form to the Employee Acknowledgement stage.

## Goals

**Instructions:**

**See above Overview Instructions**

**Employee Name:** Ashok Pai

**Goal**

**Additional Information:**

**Measure:**

**Progress** Not Started

**Due Date** 9/30/2013

**Employee Progress Comments:**

**Leader's Rating of Employee:** Not Appropriate to Rate

**Leader's Comment:**

**Leader Progress Comments:**

**Employee Name:** Ashok Pai

**Leader's Rating of Employee:** Not Appropriate to Rate

**Goal**

**Leader's Comment:**

**Additional Information:**

**Measure:**

**Progress** Not Started

**Due Date** 9/30/2013

**Employee Progress Comments:**

**Leader Progress Comments:**

---

**Behaviors**

**Instructions:**
See instructions above.

**BOLD**
**Customer Focus**

Behaviors:
Is dedicated to meeting the expectation and requirements of internal and external customers. Gets first-hand customer information and uses it for improvements in products and services. Acts with customer in mind. Establishes and maintains effective relationships with customers and gains their trust and respect.

**Employee's Self Rating:** 3 Good/OK

**Leader's Rating of Employee:** 3 Good/OK

**Creativity**

Behaviors:
Comes up with a lot of new ideas. Easily makes the connections among previously unrelated notions. Trends to be seen as original and value-adding in brainstroming settings.

**Employee's Self Rating:** 4 Consistently Strong

**Leader's Rating of Employee:** 3 Good/OK

**Standing Alone**

Behaviors:
Will stand up and be counted; doesn't shirk personal responsibility; can be counted on when times are tough; willing to be the only champion for an idea or position; is comfortable working alone on a tough assignment.

**Employee's Self Rating:** 3 Good/OK

**Leader's Rating of Employee:** 3 Good/OK

**FACT-BASED**
**Problem Solving**

Behaviors:
Uses rigorous logic and methods to solve difficult problems with effective solutions. Probes all fruitful sources for answers. Can see hidden problems. Is excellent at honest analysis. Looks beyond the obvious and doesn't stop at the first answers.

**Employee's Self Rating:** 4 Consistently Strong

**Leader's Rating of Employee:** 3 Good/OK

**Business Accume**

Behaviors:
Knows how businesses work. Knowledgeable in current and possible future policies, practices, trends, technology, and information affecting the business and organization. Knows the competition. Is aware of how strategies and tactics work in the marketplace.

**Employee's Self Rating:** 5 Role Model

**Leader's Rating of Employee:** 4 Consistently Strong

**AGILE**
**Intellectual Horsepower**

Behaviors:
Thinks things through. Does not let emotions or impatience get in the way of careful consideration. Deals with concepts and complexity comfortably.

**Employee's Self Rating:** 4 Consistently Strong

Confidential

PAI AVAYA000003

| | |
|---|---|
| **Learning on the Fly** | **Leader's Rating of Employee:** 4 Consistently Strong |
| Behaviors: | |
| Learns quickly when facing new problems. A relentless and versatile learner. | **Employee's Self Rating:** 4 Consistently Strong |
| Open to change. Analyzes both successes and failures for clues to improvement. Experiments and will try anything to find solutions. | |
| Enjoys the challenge of unfamiliar tasks. Quickly grasps the essence and the underlying structure of | **Leader's Rating of Employee:** 3 Good/OK |
| **CROSS-ORGANIZATIONALLY EFFECTIVE** | |
| **Interpersonal Savvy** | |
| Behaviors: | |
| Relates well to all kinds of people – up, down, and sideways, inside and outside the organization. | **Employee's Self Rating:** 3 Good/OK |
| Builds appropriate rapport. Builds constructive and effective relationships. Uses diplomacy and tact. | |
| Can defuse even high-tension situations comfortably. | **Leader's Rating of Employee:** 4 Consistently Strong |
| **Conflict Management** | |
| Behaviors: | |
| Steps up to conflicts, seeing them as opportunities; reads situations quickly; | **Employee's Self Rating:** 4 Consistently Strong |
| good at focused listening; can hammer out tough agreements and settle disputes equitably; | |
| can find common ground and get cooperation with minimum noise. | **Leader's Rating of Employee:** 4 Consistently Strong |
| **EMPOWERED** | |
| **Action Oriented** | |
| Behaviors: | |
| | **Employee's Self Rating:** 3 Good/OK |
| Enjoys working hard. Full of energy for the things seen as challenging. | |
| Not fearful of acting with a minimum of planning. Seizes more opportunities than others. | |
| | **Leader's Rating of Employee:** 3 Good/OK |
| **Drive for Results** | |
| Behaviors: | |
| | **Employee's Self Rating:** 3 Good/OK |
| Can be counted on to exceed goals successfully. Is constantly and consistently a strong performer. | |
| Very bottom-line oriented. Steadfastly pushes self and others for results. | |
| | **Leader's Rating of Employee:** 3 Good/OK |
| **TRANSPARENT** | |
| **Integrity and Trust** | |
| Behaviors: | |
| Is widely trusted. Is seen as a direct, truthful individual. | **Employee's Self Rating:** 4 Consistently Strong |
| Can present the unvarnished truth in an appropriate and helpful manner. Keeps confidences. Admits mistakes. | |
| Doesn't misrepresent him/herself for personal gain. | **Leader's Rating of Employee:** 4 Consistently Strong |
| **Informing** | |
| Behaviors: | |
| Provides the information people need to know to do their job and to feel good | **Employee's Self Rating:** 4 Consistently Strong |
| about being a member of the team, unit, and/or organization. | |
| Provides individuals information so that they can make accurate decisions. Is timely with information. | **Leader's Rating of Employee:** 4 Consistently Strong |

**Overall**

**Instructions:**

See instructions above.

**Employee Comments:**

**Leader's Overall:** Low Relative Contribution

**Employee: Leader Comments:**

Return

Confidential
PAI AVAYA000004