# EXHIBIT N

Transcript of Atif Khalil  
Conducted on March 27, 2018

1 (1 to 4)

---

**Page 1**

```
        IN THE UNITED STATES DISTRICT COURT  OR THE
                EASTERN DISTRICT O  VIRGINIA
                     ALEXANDRIA DIVISION

UNITED STATES EQUAL           :
EMPLOYMENT OPPORTUNITY        :
COMMISSION,                   :
              Plaintiff,      :  Case No.  7 cv 0 084
         v.                   :
CAMBER CORPORATION,           :
              Defendant.      :
                              x

              Oral Deposition of ATI  KHALIL
                   Tysons Corner, Virginia
                   Tuesday, March 27, 20 8
                          9:27 a.m.


Job No.:   79322
Pages:     74
Reported By:  Rebecca Stonestreet
```

---

**Page 2**

```
       Oral Deposition of ATI  KHALIL, held at
the offices of:


       PLANET DEPOS   TYSONS CORNER
        8270 Greensboro Drive
        Suite    0
        Tysons Corner, Virginia  22 02
        (888) 433 3767




       Pursuant to notice, before
Rebecca Stonestreet, Notary Public in and for the
Commonwealth of Virginia.
```

---

**Page 3**

```
                   A P P E A R A N C E S

ON BEHAL  O  PLAINTI  :
       JE  REY A. STERN, ESQUIRE
       U.S. EQUAL EMPLOYMENT
       OPPORTUNITY COMMISSION
       Cleveland  ield Office
       AJC Building
        240 East Ninth Street
       Suite 300
       Cleveland, Ohio  44 99
       (2 6) 522 7458


ON BEHAL  O  DE ENDANT:
       ROBERT L. (BOB) ORTBALS, JR., ESQUIRE
       CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
       7733  orsyth Boulevard
       Suite  325
       St. Louis, Missouri  63 05
       (3 4) 925 7270
```

---

**Page 4**

```
                   C O N T E N T S

EXAMINATION O  ATI  KHALIL                      PAGE
   By Mr. Stern                                    7


             E X H I B I T S
              (Attached to transcript.)

KHALIL DEPOSITION EXHIBITS                      PAGE
 0 Exhibit    Ashok Pai Chain of Command          25
   Exhibit 2  Document Bates labeled
              CAMBER 000099                       38
 3 Exhibit 3  E mail dated 9/8/ 4 from
              Ashok Pai to Atif Khalil            52
 5 Exhibit 4  E mail dated 9/8/ 4 from
              Ashok Pai to Atif Khalil            58
 7 Exhibit 5  E mail string                       65
 8 Exhibit 6  E mail dated 9/9/ 4
              with attachment                     69
20 Exhibit 7  E mail dated 9/ 6/ 4
              with attachment                     77
22 Exhibit 8  E mail string                       84
```

Page 5

E X H I B I T S   C O N T I N U E D

| KHALIL DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 9 | E mail string | 90 |
| Exhibit 0 | E mail string | 93 |
| Exhibit | E mail dated 9/23/ 4 with attachment | 97 |
| Exhibit 2 | E mail dated 9/30/ 4 with attachment | 02 |
| Exhibit 3 | E mail string | 04 |
| Exhibit 4 | E mail string | 2 |
| Exhibit 5 | E mail dated 0/7/ 4 with attachment | 24 |
| Exhibit 6 | E mail dated 0/ 4/ 4 with attachment | 25 |
| Exhibit 7 | E mail dated 0/2 / 4 with attachment | 25 |
| Exhibit 8 | E mail string | 27 |
| Exhibit 9 | Letter dated 0/ 7/ 4 from Michael Paige to Ashok Pai | 29 |
| Exhibit 20 | E mail dated 0/28/ 4 with attachment | 34 |

Page 6

E X H I B I T S   C O N T I N U E D

| KHALIL DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 2 | E mail dated /4/ 4 with attachment | 38 |
| Exhibit 22 | E mail dated 2/ 6/ 4 with attachment | 39 |
| Exhibit 23 | E mail dated 2/23/ 4 with attachment | 4 |
| Exhibit 24 | E mail dated 4/28/ 5 with attachment | 42 |
| Exhibit 25 | E mail string | 44 |
| Exhibit 26 | E mail string | 45 |
| Exhibit 27 | Requisition for Senior .NET Developer   988 | 49 |

Page 7

 1             P R O C E E D I N G S
 2     (ATIF KHALIL, having been duly sworn, testified as
 3             follows:)
 4         EXAMINATION BY COUNSEL FOR PLAINTIFF
 5 BY MR. STERN:
 6     Q  Good morning, Mr. Khalil.  My name is
 7 Jeffrey Stern.  I represent the plaintiff in this
 8 case, the United States Equal Opportunity
 9 Commission.
10         MR. STERN:  Counsel, if you could identify
11 yourself on the record.
12         MR. ORTBALS:  Bob Ortbals for Defendant
13 Camber.
14     Q  And could you please state and spell your
15 full name?
16     A  Sure.  Atif Khalil.  First name is
17 A-T-I-F, last name is K-H-A-L-I-L.
18     Q  Mr. Khalil, have you ever given a
19 deposition before?
20     A  Nope.
21     Q  A deposition is somewhat like a court
22 hearing.  Attorneys ask questions.  Unlike a court

Page 8

 1 hearing, there's no judge or jury present here,
 2 which means that all questions asked have to be
 3 answered even if there are objections and
 4 arguments of counsel.  There's no judge to rule on
 5 those, so the objections are made for the record.
 6     Do you understand that you have to answer
 7 questions that are asked?
 8     A  Okay.
 9     Q  The record today is stenographic, the
10 reporter writing down what everyone here says.  If
11 you provide an answer that is not verbal, not in
12 words, it doesn't read very well on a transcript.
13 So I'll do my best if I see you nodding or saying
14 uh-huh, to ask you what the answer is in words.
15     A  Okay.  Understood.
16     Q  In the event you need to take a break,
17 we're certainly willing to do that.  There will
18 probably be a number of breaks.  Generally,
19 though, we don't have breaks if there's a pending
20 question, a question on the table that's been
21 asked that hasn't been answered.
22     A  Okay.

**Page 37**

1 know, related to my previous employer/employment,
2 called in for a deposition; I'll need some time
3 off. She offered if I -- you know, she needed to
4 see if they could cover my time so I don't have to
5 take vacation time; I told them not to worry about
6 it, just giving them a heads-up.
7     Q Anyone else that we have not yet
8 discussed?
9     A So I have -- so Joseph Zimmerman is my
10 current supervisor, but we have a new hire that's
11 going to be my new supervisor, Matthew House, so I
12 mentioned it to him also.
13    Q When did you mention it to Mr. House?
14    A Along the same, within the last ten days,
15 a week or ten days ago.
16    Q Mr. Zimmerman and Mr. House, are they both
17 in the same facility that you're working in?
18    A Yes.
19    Q These were, then, face-to-face tellings?
20    A Yes.
21    Q Neither of them asked you any questions
22 about it?

**Page 38**

1     A No. I mean, they don't know anything
2 about it or...
3     Q And you did not illuminate them --
4     A No.
5     Q -- on anything about it?
6     A No.
7         MR. STERN: The next document I'm going to
8  hand to the court reporter will be a two-page
9  document, the top of which is labeled
10 Camber 000099, an 8-and-a-1/2-by-11 version, and a
11 somewhat larger version. After it's been
12 marked, we'll talk about it.
13        Let's go ahead and do that.
14        (KHALIL Exhibit 2 was marked for
15 identification and attached to the transcript.)
16    Q And after you've just looked very quickly
17 at the first page, the one that has the orange
18 sticker on it, if you could please let Bob look at
19 that.
20    A Okay.
21    Q You've looked at both pages?
22    A Yeah, quickly. There's a lot of detail

**Page 39**

1 here.
2     Q Yes, there is. The one that has a sticker
3 on it is an 8 and a 1/2 by 11. The second page is
4 a somewhat larger version so the Camber 99 label
5 has disappeared off the edge. I'll ask you a few
6 questions about this, and it may be that the
7 enlarged version will be easier to read. It
8 certainly is easier for me to read. I'm sorry we
9 couldn't make a larger blowup here this morning,
10 but that's the best that I have.
11        The first question, let me understand
12 here -- hold on. I think we have it. About ten
13 columns over from the left-hand margin, there's a
14 column that says "Home Org" at the top.
15    A Okay.
16    Q And there's a series of numbers, each
17 associated with a row for someone's name. What's
18 your understanding of what your home org numbers
19 were on the EOIR project? What I'm seeing here
20 is, it looks like a series of numbers and
21 decimals; they all appear to start with 01 and
22 then .01, .01, .02, and then the three digits on

**Page 40**

1 the right seem to vary between 263, 270, and so
2 on.
3         So what's your understanding of the home
4 org's on the EOIR project?
5     A It's some internal tracking number. I
6 can't tell you the difference between the 263 and
7 the 270 designation.
8     Q And I think -- I'm sure you told me when
9 you left Camber. What was that date and year
10 again?
11    A January 2017.
12    Q 2017, okay. Got it.
13    A Right.
14    Q Let me start by asking you whether the
15 individuals whose employee names are in that
16 second column, whether they are all known to you
17 as having worked on the EOIR project while you
18 were the director or project manager on it. And I
19 realize there's quite a few names there, but I'm
20 wondering if you can tell me whether each of them
21 worked on the project.
22        I'll represent that the origin of this

41

1 document was represented as persons who did so,
2 but you would know.
3    A  Sure.  So just go down the list in the
4 second column?
5    Q  Yes.  Are any of those people on that list
6 unknown to you, didn't work at EOIR?
7    A  So I do recognize most names.  A couple of
8 names that I can't recall.
9    Q  What's the first one you don't recall?
10   A  Sergey Goryestov.
11   Q  Okay.  That's towards the bottom there,
12 left-hand column, employee number 8421?
13   A  Yeah.  And it's likely -- it's quite
14 possible that I just forgot.  And the only other
15 name I think is the second to the last, Kelly
16 Steigerwald.  It's quite possible that I just
17 forgot their name, forgot them; they weren't there
18 for too long or something.
19   Q  Is there anyone that you recall being on
20 the project whose name is not on this list, the
21 backside of that one?
22   A  I couldn't tell you off the top of my

42

1 head.
2    Q  Is there anything on this document, this
3 exhibit, that informs whether any of these
4 individuals are W-2 employees or the
5 subcontractors you had described generally?
6    A  Not that I can think of.
7    Q  Let's try it this way.  Is there any name
8 example - you don't even have to look at the chart
9 on this one - of a subcontractor employee that you
10 had generally mentioned earlier?
11   A  I would have to go back and look at my --
12 you know, the org chart or something to...I can't
13 recall a specific name.  There were so many people
14 over so many years.
15   Q  The column to the right of the second
16 salary column towards the middle there, there's
17 something called GLC.  Do you know what that is?
18   A  Labor category.  I don't readily recognize
19 the information there.
20   Q  Other than Sergey Goryestov and
21 Kelly Steigerwald that you had mentioned you
22 didn't recall, is there anything on the list, any

43

1 employees that you don't recall other than those
2 two?
3    A  So Daniel Kovarik, like towards -- the
4 sixth or so from the bottom.  I think I recognize
5 everybody else.  And it's quite possible that I
6 know them, I've just forgotten their names.
7    Q  Understood.  A couple of columns to the
8 right of the "Supervisor" column is a column,
9 header "Type," populated, it looks like, by Rs and
10 a couple of Ps.  Do you know what R and P mean?
11   A  No.
12   Q  Now, Mr. Pai that we have been discussing
13 is towards the top here.  It looks like, what,
14 about ten names down, nine or ten?
15   A  Uh-huh.
16   Q  Yes?
17   A  Yes.
18   Q  Employee ID 8197 on the left side?
19   A  Uh-huh.  Yes.
20   Q  Surname Pai, Ashok K.?
21   A  Correct.
22   Q  His hire date is listed 3/31/14, yes?

44

1    A  Yes.
2    Q  And that was the effective date of
3 Camber's acquiring this project?
4    A  Correct.  Correct.
5    Q  Term date, two columns over, October 31st,
6 2014.
7    A  Correct.
8    Q  Correct?
9       And the supervisor column,
10 Paige/Jain/Khalil/Nallamo, and it's the same as
11 what he had on the top of Exhibit 1?
12   A  Correct.
13   Q  Gender, male.  M for male?
14   A  Correct.
15   Q  R, you don't know what the type is?
16   A  No.
17   Q  And the description column, it says
18 "Software/Systems Architect."  Do you agree or
19 disagree that that's a description of what Mr. Pai
20 was doing?
21   A  Agree.
22   Q  A few columns over, populated by numbers

45

1  A  As I recall. Because a year had passed
2  between those two events.
3      (KHALIL Exhibit 26 was marked for
4  identification and attached to the transcript.)
5  A  Okay.
6  Q  Is the e-mail string depicted in
7  Exhibit 26 to your deposition one of the e-mails
8  you've recently reviewed?
9  A  No.
10 Q  The e-mail string in Exhibit 26 is your
11 response to another question from Deborah Whitten
12 on January 6th, 2017. Correct?
13 A  Correct.
14 Q  We've already discussed the first question
15 at the bottom, "Who replaced Peter Chu." Then her
16 next question in the e-mail of 9:52 a.m. in the
17 middle there: "Did anyone fill Pai's position
18 temporary between his termination on 10/31/14 and
19 when we hired Chu 4/20/15, or were we just out
20 that position since the time they changed the
21 skill set?"
22     And your answer is: "No, we did not fill

46

1  the position during that time."
2      Was Camber out of that position until Chu
3  was hired?
4  A  So based on the meeting agenda documents
5  we've seen, Saritha was proposed as a backfill for
6  Ashok. Now, as you see from those weekly
7  meetings, there are a lot of personnel and
8  staffing actions occurring week to week,
9  resigning, departing, selection, security,
10 on-boarding. And so I was maintaining that flow.
11     And then we had the requisition system
12 that Avia had where we entered the requisitions
13 and tracked the position. So these were two
14 separate systems. I recall that we had Peter Chu
15 replace Ashok Pai, but just in these documents we
16 see that to the client, Saritha was posed as the
17 replacement. So there's clearly a disconnect.
18     And the government, as you see from the
19 labor categories and the rates, there was a lot of
20 movement, so I would from time to time match up.
21 You see some rates dropping, some rates
22 increasing. I would have to convince the

47

1  client -- overall, we needed to maintain roughly
2  the same budget. So depending on what's going on
3  that week at that time, I would propose options to
4  the client so they could accept.
5  Q  And the rates that you're talking about,
6  again, are the rates that are billed to the
7  client?
8  A  Correct.
9  Q  Not the money that's paid to the employee?
10 A  That's correct.
11 Q  The rates are, for example, the ISE's, the
12 ISA's, the 2s, the 3s, so on?
13 A  So I recall proposing to raise one, like
14 if I want to bring in a more senior person in one
15 and bring in a more junior person in one, then
16 they would accept that proposal. If I just keep
17 raising and say, hey, I just want to keep going
18 senior and senior, they would not accept it
19 because it would mean their cost is going up.
20     So it wasn't a very black and white, you
21 know, one-to-one relation with these transactions.
22 It evolved over time.

48

1  Q  Now, while the candidates for the Ashok
2  backfill were being interviewed, were there
3  operations and maintenance persons doing some of
4  his work during that time?
5  A  So we had a team. Everybody did whatever
6  tasks, you know, were prioritized.
7  Q  Was some of Ashok's work performed by
8  persons whose maintenance and operations work was
9  stopped while they were doing some of the position
10 work that Ashok had been doing?
11 A  It wasn't clear in those terms.
12 Q  What wasn't clear?
13 A  So we always had ongoing operations and
14 maintenance work, and we always had projects which
15 were like enhancements and new development. And
16 all of the work on the table, all the available
17 resources, we were constantly struggling and
18 prioritizing and assigning tasks to the team to
19 make progress.
20     MR. STERN: Let me take a very brief
21 break. I think there's a collection of these
22 that's already been made. So if you'll excuse me

No. 179322

Re: Deposition of **Atif Khalil**
Date: 3/27/2018
Case: EEOC -v- Camber Corp.
Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

I, Atif Khalil, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

04/20/18                    [signature]
(Date)                      (Signature)

No. 179322

Re:   Deposition of **Atif Khalil**
      Date: 3/27/2018
      Case: EEOC -v- Camber Corp.
      Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 18 | 18 | "AVIA" SHOULD BE SPELLED "AVAYA" |
| 18 | 20 | SAME AS ABOVE |
| 19 | 1 | SAME AS ABOVE — ALL SUBSEQUENT REFS. |
| 28 | 14 | "PROGRAM DIRECTOR" SHOULD BE "PROGRAM MANAGER" |

_____          _____
       (Date)                          (Signature)