

**EMPLOYEE DATA PORTAL**

Perspective: Human Resources

INTRANET HOME · PERSONAL INFO · EDP HOME · CREATE · REACTIVATE · MODIFY · TERMINATE · ARCHIVE · INSTRUCTIONS

**ACCOUNT REQUEST DETAILS**

*11/8/12*

### Request Type
- Request ID: 14427
- Request Type: Create
- Account Type: Camber Employee
- Network Account: Yes
- Start Date: ~~03/17/2014~~ *3/31/14*
- Request Status: COMPLETE

### General Information
- First Name: Ashok
- Last Name: Pai
- Middle Name: K.
- Preferred Name:
- Supervisor: ~~Mitchell, Stephen (01:01:02:108)~~ *Li, Nan #8293*
- Supervisor Employee No.: ~~503796~~

### Costpoint Information
- SSN: 321648866
- Job Title: Software/Systems Architect *O1SME4*
- Hourly Rate: ~~84.7898~~ *81.73*
- Employment Type: Full Time
- Electronic Timecard: Yes
- Organization: 01.01.02.263 ( Software Engr/Innovation)
- Physical Location: ~~CENTREVILLE VA~~ *Falls Church, VA*
- Employee Number: 006197

### Benefits Information
- Gender: M
- Benefits Package: Government Solutions Group
- SCA: No
- DOB: ▇▇▇

*3 wk leave*

### Network Information
- Username: apai
- Office OU: Fairfax Office - 12730 Fair Lakes Circle Fair Lakes 7
- E-mail Distribution Groups:
- Security Groups:
- Comments: Batch Imported AvayaGov Employees

[Back] [View History]

https://access.camber.com/+CSCO+1h75676763663A2F2F716E676E2D6A726F30312E7... 3/28/2014

**Exhibit RR**

CAMBER 000047

EEOC000132



March 21, 2014

Ashok Pai
2400 Pennsylvania Ave Nw #206
Washington, DC 20037

Dear Ashok,

Camber Corporation is pleased to announce that on March 31, 2014 Camber Corporation acquired the IT Consulting Services Business of Avaya Government Solutions, a subsidiary of Avaya, Incorporated. This welcome letter is an administrative formality which serves as notification of your continued employment.

A discernible result of this acquisition is that the name on your paycheck will change. Your rate of pay will remain the same and your benefits will now be provided through Camber Corporation. You will receive one final paycheck from Avaya Government Solutions. Your first paycheck with Camber will be on April 18, 2014 and will be generated on a bi-weekly schedule.

Should you have any questions or need assistance regarding your Camber benefits please contact our Benefits Manager, Deidra Martin (256) 922-3505.

Sincerely,

*Deborah Whitten*

Deborah Whitten
Human Resource Director

**Camber Corporation**   *Customer Focused, Employee Driven*

CORPORATE HEADQUARTERS • 635 Discovery Drive • Huntsville, Alabama  35806-2801 • (256) 922-0200  FAX (256) 922-3599

CAMBER 000049

EEOC000134

| Emergency Contact Sheet |
| --- |
| *For Company Records* |

Employee Number: **008197**  Camber Office: **CENTREVILLE, VA**

Work Location: **U.S. Dept. of Justice, FALLS CHURCH, VA**  Position Title: **SOFTWARE Systems ARCHITECT**

Full Name: **PAI    ASHOK    K.**  Preferred Name: **ASHOK**
  Last,    First,    MI

Address: [redacted]
  Street / Apt. #
[redacted] / [redacted] / [redacted] / [redacted]
  City    County    State    Zip

Telephone: Home ( ) [redacted]   Work [redacted]
  Cell ( ) [redacted]

Driver's License Number: [redacted]   State Issued: **CA**

Social Security Number: [redacted]   Date of Birth: **[ ] / [ ] / 49**
    MM / DD / YY

Date Of Hire: **03 / 31 / 14**  Supervisor: **Mr. NAN LI**
  MM / DD / YY

**Emergency Contact Information:**

Name: [redacted]

Address: [redacted]

Telephone: [redacted]

**Secondary Contact Information:**

Name: [redacted]

Address: [redacted]

Telephone: [redacted]

Job Description: IT/Intelligence Subject Matter Expert

Labor Categories: DISME1 – DISME5

Position Scope:

Defines problems and analyzes and develops plans and requirements in the subject matter area for complex systems or intelligence problem sets. Coordinates and manages the preparation of analysis, evaluations, and recommendations for proper implementation of programs and system specifications in any of the following areas: Intelligence Collection, Processing, Analysis, Reporting, Disseminations, Information Systems Architecture, Intelligence Analysis, Policy, Legislative Affairs, Automation, Telecommunications, Networking, Communication Protocols, Software, Electronic Email, Modeling and Simulation, Data Storage and Retrieval, etc. Plans and performs research, design assessment, development, integration and other assignments in a specific technical or intelligence area. Responsible for highly complex technical/engineering or intelligence analysis areas. Performs other duties as required and appropriate.

Levels:

1. Works under Supervision
2. Performs work that requires practical experience and training. May work independently on some task.
3. Applies expertise on multiple complex work assignments. Capable of working independently.
4. Provides technical/administrative leadership on major tasks or assignments. May Manage/supervise tasks.
5. Lead major assignments. May function as a technical expert and/or manage/supervise complex efforts.

## Smith, Cindy

**From:** Pai, Ashok
**Sent:** Monday, May 12, 2014 1:16 PM
**To:** Smith, Cindy
**Subject:** RE: Paystub detail

Thanks Cindy. I am in Calif returning to work tomorrow. I do check Camber email, or call my cell phone if needed.
Regards, Ashok

Ashok Pai, MTech MBA CISSP
Software Systems Architect, Camber Corporation Executive Office for Immigration Review (EOIR) United States Department of Justice ashok.pai@usdoj.gov
Office:  703-756-8155
Mobile: 202-677-5747



July 11, 2014

To Whom It May Concern,

Ashok Pai is a current full time employee of Camber Corporation. His hire date with Camber was March 31, 2014. Camber acquired AVAYA on this date. Our records state that his hire date with AVAYA was November 8, 2012. Ashok's annual salary is $170,019.20 and he is a Software/Systems Architect.

If you have any further questions please contact myself, Michelle Parker at 256-922-3528 or by email miparker@camber.com.

Thanks,

*Michelle Parker*

Michelle Parker

Human Resource Assistant



August 4, 2014

To Whom It May Concern,

Ashok Pai is a current full time employee of Camber Corporation. His hire date with Camber was March 31, 2014. Camber acquired AVAYA on this date. Our records state that his hire date with AVAYA was November 8, 2012. Ashok's annual salary with AVAYA was $170,019.20 and remains the same with Camber Corporation.

Camber is a contract-oriented company with employees all over the world, employees are set to travel to various locations, and there is no requirement that their primary residence has to be where their work location is. Currently Ashok is living in an apartment in Arlington, VA with his primary residence is Irvine CA since 1996.

Ashok Pai duties as a Software/Systems Engineer requires him to support systems remotely when needed. Other duties include: defines problems and analyzes and develops plans and requirements in the subject matter area for complex systems or intelligence problem sets. Coordinates and manages the preparation of analysis, evaluations, and recommendations for proper implementation of programs and systems specifications in any of the following areas: intelligence Collection, Processing, Analysis, Reporting, Disseminations, Information Systems Architecture, Intelligence Analysis, Policy, Legislative Affairs, Automations Telecommunications, Networking, Communication Protocols, Software, Electronic Email, Modeling and Simulations, Data Storage and Retrieval, etc. Plans and performs research, design assessment, development, integration and other assignments in a specific technical or intelligence area. Responsible for highly complex technical/engineering or intelligence analysis areas. Performs other duties as required and appropriate.

Please contact me if I can be of any further assistance.

*Michelle Parker*
Michelle Parker
Human Resources Assistant
256-922-3528

## Parker, Michelle

**From:** Pai, Ashok
**Sent:** Monday, August 04, 2014 8:56 AM
**To:** Parker, Michelle
**Subject:** RE: Verification of Employment/Letter

Hi Michelle,

Thanks for the Employment Verification letter, to help me co-sign my son's mortgage.

The loan people want another letter now.  They are asking for the following 3 points:

**1. My annual salary did not change when my job transitioned from Avaya to Camber.**

**2, As Camber is a contract-oriented company with employees all over the world, there is no requirement that my primary residence has to be at the work location.**

(Please note that my primary residence has been in Irvine, CA since 1996, while I worked for AOL, Disney Studios, Microsoft, Avaya and now Camber.  These jobs were all over the country.  I have lived in apartments or extended stay hotels, and currently in my apartment in Arlington, VA, with my primary residence still in Irvine, CA)

**3. Description of duties, including that I have to support systems remotely when needed.**

Greatly appreciate if this 3-point letter can be provided today, as my son has a deadline of noon Pacific today.

Thank you very much.

Regards,
Ashok

Ashok Pai,  MTech MBA CISSP
Software Systems Architect, Camber Corporation
Executive Office for Immigration Review (EOIR)
United States Department of Justice
ashok.pai@usdoj.gov
Office:  703-756-8155
Mobile: 202-677-5747



$170.D19. 2D

**From:** Pai, Ashok
**Sent:** Monday, July 14, 2014 10:43 AM
**To:** Parker, Michelle
**Subject:** RE: Verification of Employment/Letter

Thanks Michelle.  Much appreciated.  Regards, Ashok

Ashok Pai,  MTech MBA CISSP
Software Systems Architect, Camber Corporation
Executive Office for Immigration Review (EOIR)
United States Department of Justice
ashok.pai@usdoj.gov
Office:  703-756-8155
Mobile: 202-677-5747

**From:** Parker, Michelle
**Sent:** Friday, July 11, 2014 2:31 PM

1

CAMBER 000074

EEOC000156