IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAMBER CORPORATION, ) <br>     Defendant. ) <br> ) | CASE NO. 17-cv-01084-AJT-JFA |

**UNOPPOSED MOTION TO PERMIT EEOC TO BRING ELELCTRONIC DEVICES INTO COURTHOUSE AND WAIVER OF HEARING**

Pursuant the Courthouse Entrance Requirement and Security Policy, EEOC respectfully requests authorization to bring certain electronic devices into the courthouse for use with the Court's evidence presentation system for July 9-13 trial of this matter, and for one session of orientation on such prior date as the Court Technology Administrator may schedule and in support states:

1. The Court's Security Policy states: "All electronic devices must be cleared by a member of the Court's Information Technology ("IT") staff before the proceeding begins each day, unless this provision is waived in writing by the judge."  EEOC respectfully requests the Court waive this requirement in the interest of being able to begin each day's proceedings early, promptly, and without possible delay.

2. EEOC systems meet federal regulations regarding laptop security.  Software can only be installed on them by agency IT administration.  EEOC laptops are protected by an agency-installed antivirus software suite. EEOC's Office of Information Technology requests that details regarding EEOC's laptop security not be made in a public filing. If needed, EEOC can provide

1

that information orally if the Court desires. Devices will remain in EEOC users' physical possession or locked in office workstations at all times.

5. If the Court allows the cell phone, EEOC will use it only during breaks if needed to troubleshoot our interface with the evidence presentation system, or such other purposes as the Court permits.

6. EEOC has consulted with Defendant's counsel, who states that he does not oppose this motion and the relief sought.

7. EEOC seeks the above referenced relief in good faith, and not for any improper purpose.

8. Pursuant to the Local Rules governing matters pending in the Eastern District of Virginia, and in Alexandria, EEOC confirms that the parties waive hearing on this motion. The Court's form of order as proposed by EEOC and individual acknowledgment pages accompany this filing.

Respectfully submitted,

/s/Jeffrey A. Stern
Senior Trial Attorney, admitted *pro hac vice*
Jeffrey A. Stern (Ohio Bar No. 0020107)
jeffrey.stern@eeoc.gov

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Cleveland Field Office
AJC Federal Bldg.
1240 East Ninth St., Ste. 3001
Cleveland, OH 44199
(216) 522-7458
(216) 522-7430 (fax)

*Lead Counsel for EEOC*

By:

/s/David Staudt
David Staudt
Va. Bar ID # 47442
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Baltimore Field Office
GH Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Phone: 410-209-2249
Fax: 410-962-4270
david.staudt@eeoc.gov

*Local Counsel for EEOC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May 2018, I filed the foregoing UNOPPOSED MOTION TO PERMIT EEOC TO BRING ELELCTRONIC DEVICES INTO COURTHOUSEAND WAIVER OF HEARING with Proposed Order using the CM/ECF system, which will send a notification of such filing (NEF) to all ECF counsel of record in this matter.

s/David Staudt
David Staudt
Va. Bar ID # 47442
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Baltimore Field Office
GH Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Phone: 410-209-2249
Fax: 410-962-4270
david.staudt@eeoc.gov
