# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Jeffrey A. Stern, Sr. Trial Attorney, EEOC |
| | Dina Little, Paralegal Specialist, EEOC |
| | David J. Staudt, Trial Attorney, EEOC |
| Electronic Device(s): | Lenova Thinkpad Sr# MJ017GQK/EEOC Property #236972 |
| | HP Elitebook laptop Sr# 2TK74505P1/EEOC #228422 |
| | AT&T LG-A340 cell phone |
| Purpose and Location Of Use: | Trial, Judge Trenga's Courtroom, 7th Floor |
| Case No.: | 1:17-cv-01084 |
| Date(s) Authorized: | July 9-13, 2018, and one orientation day TBD by CTI. |
| IT Clearance Waived: | __X__ (Yes)  _____ (No) |

APPROVED BY:

Date:_____   _____
United States District Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
           IT Staff Member                  Date(s)

**IT clearance must be completed, unless waived, before court appearance.**