IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br><br>vs.<br><br>CAMBER CORPORATION,<br>    Defendant. | CASE NO. 17-cv-01084-AJT-JFA |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXCUSE LOCAL COUNSEL'S ATTENDANCE AT DISPOSITIVE MOTION HEARING**

For good cause shown, the EEOC's Unopposed Motion to Excuse EEOC's local counsel David Staudt's attendance at the hearing on Defendant's Motion for Summary Judgment, scheduled to take place in Alexandria on June 15, 2018 at 10:00 a.m., is GRANTED._____

_____

_____

_____.

_____
The Honorable Anthony J. Trenga
United States District Judge

Dated: _____