IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, </br></br>      Plaintiff, </br></br>v. </br></br>CAMBER CORPORATION, </br></br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 1:17cv1084 (AJT/JFA) |

## ORDER

It appearing to the court that the parties have reached an agreement resolving all disputes presented in this action, it is ordered that all litigation activity in this matter is stayed until June 22, 2018, and the hearing on the pending motion for summary judgment scheduled for June 15, 2018 and the jury trial scheduled for July 9, 2018 are cancelled. If a Consent Decree has not been filed with the court by June 21, 2018, counsel for the parties shall appear for a status conference before the undersigned on Friday, June 22, 2018, at 10:00 a.m.

Entered this 1st day of June, 2018.

                                                                   /s/
                                                  John F. Anderson
                                                  John F. Anderson
                                                  United States Magistrate Judge

Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge