AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Equal Employment Opportunity Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-CV-01084 |
| Camber Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Camber Corporation

Date: 06/12/2018

*Attorney's signature*

David P. Phippen, Virginia Bar No. 22854
*Printed name and bar number*
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033

*Address*

dphippen@constangy.com
*E-mail address*

(571) 522-6105
*Telephone number*

(571) 522-6101
*FAX number*