IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAMBER CORPORATION, )<br>)<br>Defendant. )<br>) | Case No. 1:17-cv-01084-AJT-JFA |

**JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND WAIVER OF HEARING**

Plaintiff, the United States Equal Employment Opportunity Commission and Defendant Camber Corporation hereby respectfully submit this Joint Motion for Approval and Entry of Consent Decree. As grounds for the motion, the parties state as follows:

1. EEOC initiated this action, alleging violations Title I of the Americans with Disabilities Act of 1990 (ADA), as amended, Title I of the Civil Rights Act of 1991 and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, et seq. (ADEA). Defendant denied the allegations.

2. Pursuant to Order (Doc. 48) and as a result of having engaged in comprehensive settlement negotiations, the parties agree to resolve this action on the terms reflected in the executed Consent Decree, attached as Exhibit 1.

3. The attached Consent Decree reflects the terms of monetary and injunctive relief to which the parties have agreed.

4. Undersigned parties waive hearing on this motion.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant this Joint Motion for Approval and Entry of Consent Decree and execute the attached Consent Decree.

Dated the 19th day of June, 2018.

Respectfully submitted,

| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **CAMBER CORPORATION** |
|---|---|
| DEBRA M. LAWRENCE<br>Regional Attorney<br>U.S. EEOC Philadelphia District Office<br>City Crescent Building, 3rd Floor<br>10 South Howard Street<br>Baltimore, MD 21201<br>(410) 209-2734 Telephone<br>(410) 962-4270 Facsimile | /s/David P. Phippen<br>David P. Phippen (VA Bar 22854)<br>12500 Fair Lakes Circle, Suite 300<br>Fairfax, VA 22033<br>Telephone: 571.522.6105<br>Facsimile: 571.522.6101<br>dphippen@constangy.com |
| KATE NORTHRUP<br>Supervisory Trial Attorney<br>U.S. EEOC Baltimore Field Office<br>kate.northrup@eeoc.gov | Donald S. Prophete (pro hac vice) 2600 Grand Blvd., Suite 750 Kansas City, MO 64118 Telephone: 816.472.6400<br>Facsimile: 816.472.6401<br>dprophete@constangy.com |
| JEFFREY A. STERN<br>Senior Trial Attorney<br>/s/Jeffrey A. Stern<br>Jeffrey A. Stern (pro hac vice)<br>U.S. EEOC Cleveland Field Office<br>(Ohio Bar No. 0020107)<br>jeffrey.stern@eeoc.gov | Robert L. Ortbals, Jr. (pro hac vice) 7733 Forsyth Blvd., Suite 1325<br>St. Louis, MO 63105 Telephone: 314.925.7270<br>Facsimile: 314.925.7278<br>rortbals@constangy.com<br><br>Attorneys for Defendant |
| DAVID STAUDT<br>Local Counsel<br>Senior Trial Attorney<br>/s/David Staudt<br>U.S. EEOC Baltimore Field Office<br>Va. Bar No. 47442 | |

**IT IS SO ORDERED:**

DATED: _____                    _____
                                                                 United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | Case No. 1:17-cv-01084-AJT-JFA |
| Plaintiff, ) ) | |
| v. ) ) | |
| CAMBER CORPORATION, ) ) | |
| Defendant. ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2018, I filed the parties' Joint Motion for Approval and Entry of Consent Decree and Waiver of Hearing, with proposed Consent Decree attached, using the CM/ECF system, which will send a notification of such filing (NEF) to all ECF counsel of record in this matter.

                                                       s/David Staudt
                                                      David Staudt
                                                      Va. Bar ID # 47442
                                                      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                                                      Baltimore Field Office
                                                      GH Fallon Federal Building
                                                      31 Hopkins Plaza, Suite 1432
                                                      Baltimore, MD 21201
                                                      Phone: 410-209-2249
                                                      Fax: 410-962-4270
                                                      david.staudt@eeoc.gov