IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>CAMBER CORPORATION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:17cv1084 (AJT/JFA)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

It appearing to the court that the parties have filed a Consent Decree to be entered by the District Judge, the status conference scheduled to be before the undersigned on Friday, June 22, 2018, at 10:00 a.m. is hereby canceled.

Entered this 20th day of June, 2018.

                    /s/
                    John F. Anderson
                    United States Magistrate Judge
                    John F. Anderson
                    United States Magistrate Judge

Alexandria, Virginia